# EXHIBIT A

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**09/23/2021** at 01:21:15 PM

Clerk of the Superior Court
By Keira McCray,Deputy Clerk

1  **STEPHEN F. LOPEZ, ESQ. (SBN 125058)**
**STEPHEN F. LOPEZ ESQ. APC**
2  840 E. Parkridge Avenue, Suite 102
Corona, CA 92879
3  Office:  (714) 760-9753
Direct: (858) 682-9666
4  Facsimile: (714) 242-6944
Email:  Steve@sflopesq.com
5

6

7  Attorneys for Plaintiff, Stefanie Becerra

8  **SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO**

9  **CENTRAL BRANCH**

10

11  STEFANIE BECERRA,                             Case No.:  37-2021-00040691-CU-BC-CTL

12                      Plaintiff,

13                                              **COMPLAINT FOR TORTIOUS BREACH**
**OF THE IMPLIED COVENANT OF**
14  v.                                          **GOOD FAITH AND FAIR DEALING**

15  ALLSTATE NORTHBROOK INDEMNITY               **DEMAND FOR JURY TRIAL**
COMPANY, an Illinois Corporation and
16  DOES 1 to 25, inclusive,

17                      Defendants.

18

19

20

21

22       Comes now, Plaintiff, Stefanie Becerra, and alleges and complains as follows:

23                          **GENERAL ALLEGATIONS**

24

25       1.   At all times mentioned herein, Plaintiff, Stefanie Becerra ("Plaintiff"), was and

26  is a natural person who resides in the City of El Cajon, County of San Diego, State of California.

27

28
                                         1

Becerra v. Allstate Northbrook                                    Complaint

2.  Plaintiff is informed and believes and thereon alleges that Defendant Allstate Northbrook Indemnity Company, ("Northbrook") is an Illinois corporation doing business in the City of San Diego and County of San Diego, State of California.

3.  The true names and capacities, whether individual, corporate, associate or otherwise, of defendants Does 1 through 25, inclusive, are unknown to Plaintiff, who therefore sue said defendants by such fictitious names.  Plaintiff will seek leave of court to amend this complaint to show their true names and/or capacities when the same have been ascertained.  Plaintiff is informed, believes, and thereon alleges that each of the Doe defendants is, in some manner, legally responsible for the events and happenings herein set forth herein, which acts proximately caused the injury and damages to Plaintiff as herein alleged.

4.  Plaintiff is informed and believes and thereon alleged that in doing the acts alleged herein Defendants were acting as the agent, servant, or employee of their co-Defendants and that the acts of said Defendants were in the course and scope of said agency, service, and/or employment.

5.  On December 29, 2015, Plaintiff while driving her 2012 Nissan was involved in an automobile accident with Brian Moore.  Mr. Moore, who was being chased by police, struck Plaintiff's vehicle from behind at a high rate of speed while she was stopped at the intersection of Mollison and Wells in the City of California County of San Diego, State of California. ("Subject Incident")  As a result of the Subject Incident Plaintiffs vehicle suffered damage that rendered it a total loss. Further, as a result of the Subject Incident Plaintiff sustained neck and back injuries.

6.  At the time of the Subject Incident Plaintiff was insured by Northbrook under a policy of automobile insurance, policy number 934843003.  ("Insurance Contract")  The Insurance Contract had uninsured motorist bodily injury coverage with limits of $25,000.00 per person and $50,000.00 per incident.  A true and correct copy of the Insurance Contract is attached hereto as Exhibit "A" and incorporated herein by this reference.

2

Becerra v. Allstate Northbrook                                                    Complaint

7.   Following the Subject Incident it was determined that the driver of the vehicle that caused the Subject Incident, Brain Moore had no liability insurance coverage for the Subject Incident. As a result, on or about February 11, 2016, Plaintiff made a claim for uninsured motorist bodily injury coverage under the Insurance Contract.

8.   Northbrook did acknowledge the Subject Claim and at all times thereafter Plaintiff cooperated with Northbrook in the processing of the Subject Claim.  As of November 2016, Plaintiff had substantially completed her medical treatment as a result of injuries sustained in the Subject Incident. On November 3, 2016, Plaintiff's attorney sent to Northbrook a formal demand for payment of $25,000.00.  As of that date Plaintiff's medical expenses were $3,065.00.  Her claim for loss of income was $1,127.00.  At that time Plaintiff was still experiencing significant neck and back pain as a result of the Subject Incident. The demand included a complete copy of Plaintiff's relevant medical records, billing records, and lost income information. Northbrook did acknowledge Plaintiff's claim on or about November 28, 2016. As more particularly described below, Northbrook thereafter, and for more than 4 years, painstakingly and unreasonably deprived Plaintiff of her insurance policy benefits, attempting to wear Plaintiff down into accepting lowball offers of settlement and unnecessarily dragging Plaintiff through the underinsured motorist arbitration process which ultimately resulted in an award against Defendant in the sum of  $78,086.93, which was more than $50,000.00 more than the policy limits of Plaintiff's policy and more than $60,000.00 more than Defendants highest offer. As more particularly described below, Defendant's unreasonable and malicious delay of the resolution of Plaintiff's uninsured motorist claim was abhorrent in light of Plaintiff's demonstrable and well-documented personal injuries resulting from her collision with the uninsured motorist Moore.

3

Becerra v. Allstate Northbrook                                         Complaint

9. On December 23, 2016, Northbrook made an offer of $7,000,00 to settle Plaintiff's claim. In response, on January 24, 2017, Plaintiff made a formal demand for arbitration as provided for in the Insurance Contract. There was no response to this demand from Northbrook or its counsel. On March 14, 2017, Plaintiff again requested arbitration for her claim and provided a list of possible arbitrators. When no response was received Plaintiff again wrote to Northbrook's in-house counsel asking to set the arbitration after Plaintiff's deposition which was noticed for June 1. 2017. On May 2, 2017, Northbrook, through in-house counsel, Guy Beasecker, acknowledged the demand for arbitration and indicated that arbitration would be set.

10. Following the deposition of Plaintiff, a defense medical examination was held by Northbrook. The examining physician, Raymond Vance, M.D. advised Northbrook that "the entirety of her care was reasonable and necessary." He also advised Northbrook that "Her period of described occupational disability appears reasonable." Thereafter, Plaintiff made a demand for the payment of the policy limits of $25,000.00, to which no response was received until February 14, 2018. At that time Northbrook offered Plaintiff the "final" sum of $10,000.00 after multiple requests for a response to her prior demand. In response Plaintiff again requested that arbitration be set. The parties could not agree on an appropriate arbitrator and exchanged multiple names to do so. Northbrook insisted on using arbitrators who required exorbitant administrative costs and fees. On April 16, 2018, Plaintiff's counsel indicated these arbitrators would only be acceptable if Northbrook would agree to incur the cost of the arbitration.

11. With no arbitrator still accepted, on May 11, 2018, Plaintiff served a formal 998 settlement offer for the sum of $17,500.00. On June 12, 2018, Northbrook rejected that offer.

12. In July 2018, it came to the attention of Plaintiff's counsel that Northbrook's in house attorney, Guy Beasecker had a conflict of interest in representing Northbrook in this matter. Demand for Mr. Beasecker to withdraw as counsel was delivered to Northbrook and its counsel. Northbrook and Mr. Beasecker agreed to substitute new counsel for Northbrook. It was not until

4

1   October 2018, that the matter was taken over by Northbrook's new attorney Scott Spriggs.  On

2   October 23, 2018, Plaintiff's counsel wrote to attorney Spriggs again requesting that the

3   arbitration be set before a mutually acceptable arbitrator.  A second request was sent on

4   November 2, 2018, when no response was received.  A third request was sent on November 19,

5   2018, when still no response was received.  On or about November 28, 2018, Northbrook's new

6   counsel contacted Plaintiff's counsel and agreed that the matter should not be "dragged out any

7   longer…".  He indicated he would get back as soon as possible.  When no action was taken

8   another request to set the mediation was submitted to Northbrook's counsel on December 6,

9   2018.

10

11       13. When no response was received, on December 8, 2018, Plaintiff's counsel contacted

12  Northbrook's adjuster, who told Plaintiff's counsel she would immediately contact Northbrook's

13  counsel to confer and select an arbitrator.  Despite this representation, no contact was received

14  from Northbrook's counsel or Northbrook until May 10, 2019, when a letter was sent by

15  Northbrook to Plaintiff asserting attempts to contact Plaintiff's counsel received no response.

16  These claims were false and Plaintiff's counsel had not heard anything further on setting the

17  arbitration since November 28, 2018.

18

19       14. As of August 21, 2019, Northbrook had still not agreed to an arbitrator for this matter nor

20  was any arbitration set.  On that date, Plaintiff's counsel wrote directly to Northbrook noting

21  their apparent bad faith and the fact that this claim was now almost four years old.  It was not

22  until August 22, 2019, that counsel for Northbrook submitted a single proposed arbitrator.  On

23  that same day, Plaintiff's counsel responded with his list of acceptable arbitrators.  When no

24  response was received, Plaintiff's counsel wrote to Northbrook asking they select an arbitrator on

25  September 16, 2019.

26

27

28

5

Becerra v. Allstate Northbrook                                              Complaint

15. On October 11, 2019, Northbrook's counsel rejected Plaintiff's proposed arbitrators and suggested another arbitrator. On October 18, 2019, Plaintiff's counsel notified Northbrook's counsel that their proposed arbitrator no longer accepted such matters and demanded the policy limits of $25,000.00. Again on October 28, 2019, Plaintiff's counsel wrote to Northbrook's counsel informing Northbrook that their proposed arbitrator would not take the arbitration, suggesting other arbitrators and renewing the demand for the policy limits of $25,00000. When no response was received on November 14, 2019, Plaintiff's counsel again wrote to Northbrook's' counsel asking to select an arbitrator. When no response to the letter of November 14, 2019, was received, on December 5, 2019, Plaintiff's counsel again wrote to Northbrook's counsel asking that they set the arbitration. It was not until December 18, 2019, that Northbrook submitted a new list of proposed arbitrators, which included arbitrators previously rejected on multiple occasions or were associated with groups that charged excess costs. On January 8, 2020, Northbrook again proposed a list of arbitrators which included persons who do not do arbitrations and/or charged excessive fees. Again on January 26, 2020, suggested proposed arbitrators and made a demand for the policy limits of $25,000.00. Northbrook finally agreed to Plaintiff's proposed arbitrator on or about March 10, 2020, more than four years after the formal demand for arbitration was made.

16. On May 21, 2020, Plaintiff's counsel served a 998 offer to settle the matter for $35,00000. In response, Northbrook made an offer of $17,500.00, a demand that had been made two years earlier and rejected. This offer was made by Northbrook despite the fact there was no significant change in Plaintiff's medical expenses and treatment, injuries, or damage since the previously rejected demand for the same amount by Plaintiff.

17. A formal arbitration was finally held in multiple hearings held in August and November 2020. Based upon the evidence the arbitrator entered an award of $78,086.93 in favor of Plaintiff. Based upon the amount of the award Plaintiff requested Northbrook also pay her

6

1   costs and fees to the arbitrator.  Northbrook refused.  It was not until December 1, 2020, that

2   Northbrook paid the sum of $25,000.00 to Plaintiff.

3                                                   I.

4                                   **FIRST CAUSE OF ACTION**
                                        Breach of Contract
5                          (Against Northbrook, and DOES 1 through 25)

6       18. Plaintiff refers to the allegations of paragraphs 1 to 17 of her complaint and incorporates

7   those allegations herein as though set forth in full.

8
        19. Plaintiff and Defendants entered into a written insurance contract as more particularly set
9
10  forth in Paragraph 5, above. The insurance contract provided uninsured coverage as particularly

11  set forth in Paragraph 6, above.

12
        20. Plaintiff relied upon Defendants' assurances, representations, and promises contained
13
    within the Insurance Contract when she agreed to enter into the Insurance Contract
14
15  with Defendants.

16      21. Plaintiff has performed and satisfied all conditions, covenants, and or promises

17  required of her under the Insurance Policy.

18
        22. Defendants materially breached their contractual obligations owed to Plaintiff by
19
20  failing to pay uninsured motorist benefits to Plaintiff in a reasonably prompt fashion; by

21  making unreasonable lowball offers of settlement throughout the handling of Plaintiff's insurance

22  claim; by unreasonably forcing Plaintiff to complete the uninsured motorist arbitration

23  process, even though it was reasonably clear upon Defendants' after acceptance of the claim that

24  Plaintiff's claim was a policy limit case; by unreasonably and greatly delaying the arbitration

25  process for four years; by failing to conduct a thorough and reasonably prompt investigation

26  following Plaintiff's presentation of her uninsured motorist claim to Defendants; and by

27

28
                                                   7

otherwise unreasonably and unlawfully delaying the resolution of Plaintiff's uninsured motorist insurance claim.

23. As a direct and proximate result of Defendants' breach of the insurance contract, Plaintiff has suffered damages under the Insurance Contract in an amount in excess of $25,000.00 to be proven at trial, plus interest.

## II.

### SECOND CAUSE OF ACTION
Breach of the Implied Covenant of Good Faith and Fair Dealing
(Against Northbrook, and DOES 1 through 25)

24. Plaintiff refers to the allegations of paragraphs 1 to 23 of her complaint and incorporates those allegations herein as though set forth in full.

25. Every insurance contract in the State of California contains an Implied Covenant of Good Faith and Fair Dealing. The fundamental principle of the Implied Covenant of Good Faith and Fair Dealing is that neither party will do anything that will injure the right of the other to receive the benefits of the agreement. The Implied Covenant of Good Faith and Fair Dealing obligates an insurer to conduct a thorough and complete investigation of the insureds' claim for benefits, and to not unreasonably delay or withhold payment of benefits. Where an insurer unreasonably delays and/or unreasonably withholds payment of benefits, it is liable for this breach of the Implied Covenant of Good Faith and Fair Dealing.

26. Northbrook and Does 1 to 25 have breached the Implied Covenant of Good Faith and Fair Dealing found in the Insurance Contract toward Plaintiff in the following respects:

A. Unreasonably withholding insurance benefits from Plaintiff at a time when Defendants knew and understood that Plaintiff was entitled to the payment of those benefits under the terms of the insurance policy;

8

Becerra v. Allstate Northbrook                                    Complaint

B. Unreasonably withholding insurance benefits from Plaintiff based on unsubstantiated factual and legal arguments;

C. Failing to reasonably and thoroughly investigate and process Plaintiff's claim for insurance benefits;

D. Unreasonably and unlawfully requiring Plaintiff to incur the expense and necessity of proceeding through the entire underinsured motorist arbitration process when it was clear from the start that the facts of the case presented a policy limit payment matter and there was no issue reasonably to be resolved by arbitration;

E. Not attempting in good faith to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim for benefits;

F. Failing to conduct and diligently pursue a thorough, fair, and objective investigation;

G. Seeking information not reasonably required for or material to the resolution of the claim;

H. Unreasonably delaying the investigation and processing of Plaintiff's claim;

I. Unreasonably failing to provide thorough and adequate training to its claims representatives and in-house and retained counsel in the handling of uninsured motorists claims.

J. Unreasonably delaying the arbitration proceedings solely for the purpose of harassing and wearing down Plaintiff.

27. Plaintiff is informed and believes, and thereon alleges, that Defendants regularly engage in a pattern and practice of the type of breaches of the Implied Covenant of Good Faith and Fair Dealing alleged above in uninsured motorist claim matters, with such frequency as to indicate a general business practice of such misconduct.

9

Becerra v. Allstate Northbrook                                          Complaint

16

28. Plaintiff is informed and believes, and thereon alleges, that Defendants have breached its duty of good faith and fair dealing owed to Plaintiff by other acts or omissions of which Plaintiff is presently unaware. Plaintiff will seek leave of court to amend this complaint at such time as she discovers the other acts or omissions of Defendants constituting such breach.

29. As a direct and proximate result of the conduct of Defendants Plaintiff has incurred damages in the form of severe and substantial emotional distress, mental anguish, and suffering.

30. As a direct and proximate result of the conduct of Defendants Plaintiff has been forced to retain attorneys and incur substantial costs and expenses to obtain the policy benefits from Defendants, which Plaintiff is entitled to be compensated for under California law in an amount to be determined at the time of trial.

31. The conduct of Defendants in refusing to pay Plaintiffs' claim, and in acting in their own self-interest to the detriment of their insureds is a part of a pattern and practice of bad faith withholding of policy benefits to their insureds.  In particular, Plaintiffs are informed and believe, and thereon allege that Defendants have a pattern of practice of refusing to pay claims, withholding benefits and doing the acts, and committing the omissions alleged herein. Defendants have acted maliciously (i.e., conduct with intent to cause injury to Plaintiff by wrongfully depriving Plaintiff of the policy benefits and by engaging in self-dealing behavior designed to deprive Plaintiff of benefits; fraudulently (i.e., by intentionally misrepresenting and concealing material facts and deceiving Plaintiff); and oppressively (i.e., by subjecting Plaintiff to unjust hardship and conscious disregard for Plaintiff's rights).  Each of these acts has been ratified and adopted by Defendants' officers, and managing agents, so as to justify an award of exemplary and/or punitive damages in an amount to be determined at the time of trial, sufficient to deter defendants from engaging in the same conduct in the future.

Becerra v. Allstate Northbrook

Complaint

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them, as follows:

1. For general damages in excess of $25,000 according to proof;

2. For special damages in excess of $25,000 according to proof;

3. For prejudgment interest;

4. For attorneys' fees incurred in obtaining the policy benefits  as a result of Defendants conduct according to proof;

5. For punitive damages or exemplary damages in an amount appropriate to punish and deter Defendants and deter others from engaging in similar misconduct;

6. For costs of suit herein incurred; and

7. For such other and further relief as the Court may deem proper.

Dated: August 26, 2021                                    STEPHEN F. LOPEZ ESQ. APC

By:_____
Stephen F. Lopez, Attorneys for
Plaintiff, Stefanie Becerra

Becerra v. Allstate Northbrook                    11                         Complaint

18

1

## DEMAND FOR JURY TRIAL

2

Plaintiff hereby makes a demand for a jury trial in the above-captioned matter.

3

Dated: August 26, 2021                    STEPHEN F. LOPEZ ESQ. APC

4

5                                         By:_____
6                                         Stephen F. Lopez, Attorneys for
                                          Plaintiff, Stefanie Becerra
7

8

9

10

11

12

13

14

15

16

17

18

19

·20

21

22

23

24

25

26

27

28

12

Becerra v. Allstate Northbrook                              Complaint

# EXHIBIT "A"

# Allstate
# Auto Insurance
# Policy

**CALIFORNIA**

Policy: 9 34 843003 12/25    Effective: December 25, 2013

Issued to:
Stefanie Becerra
Apt 4
1118 E Lexington Ave
El Cajon CA 92019-2176

By your Allstate agent:
David Petri
1483 N 2nd St #101
El Cajon CA 92021



AUTO 1110000131226000073730013



AU104-3

# TABLE OF CONTENTS

General ................................................ 2
When And Where The Policy Applies ...................... 2
Limited Mexico Coverage ................................ 2
Premium Changes ....................................... 2
Coverage Changes ...................................... 2
Duty To Report Policy Changes .......................... 2
Combining Limits Of Two Or More Autos Prohibited   3
Transfer ............................................... 3
Termination ........................................... 3
Non Renewal ........................................... 3
Cancellation .......................................... 3
Part I — Automobile Liability Insurance
      Coverages AA and BB ....................... 4
Insuring Agreement .................................... 4
Additional Payments Allstate Will Make ................. 4
Insured Persons ....................................... 4
Insured Autos ......................................... 4
Definitions ........................................... 5
Exclusions — What is not covered ...................... 5
Financial Responsibility .............................. 6
Limits Of Liability ................................... 6
If There Is Other Insurance ........................... 6
Assistance And Cooperation ............................ 6
Action Against Allstate ............................... 6
Bankruptcy or Insolvency .............................. 6
What To Do In Case Of An Auto Accident Or Claim ... 7
Part II — Automobile Medical Payments
      Coverage CC ............................... 7
Insuring Agreement .................................... 7
Insured Persons ....................................... 7
Insured Autos ......................................... 7
Definitions ........................................... 7
Exclusions — What is not covered ...................... 8
Limits Of Liability ................................... 8
Unnecessary or Unreasonable Medical Expenses ..... 9
If There Is Other Insurance ........................... 9
Assistance And Cooperation ............................ 9
Action Against Allstate ............................... 9
Proof Of Claim; Medical Reports ....................... 9
Part III — Coordinated Medical Protection
      Coverage CX ............................... 9
Insuring Agreement .................................... 9
Deductible ............................................ 10
Insured Persons ....................................... 10
Insured Autos ......................................... 10
Definitions ........................................... 10
Exclusions — What is not covered ...................... 11
Limits Of Liability ................................... 11
Unnecessary or Unreasonable Medical Expenses ... 11
If There Is Other Automobile Medical Insurance ..... 12

Assistance and Cooperation ............................ 12
Action Against Allstate ............................... 12
Proof of Claim; Medical Reports ....................... 12
Part IV — Automobile Death Indemnity Insurance
      Coverage CM ............................... 12
Insuring Agreements ................................... 12
Insured Persons ....................................... 12
Definitions ........................................... 12
Exclusions — What is not covered ...................... 12
Payment Of Benefits; Autopsy .......................... 13
Consent Of Beneficiary ................................ 13
Proof Of Claim; Medical Reports ....................... 13
Part V — Automobile Disability Income Protection
      Coverage CW ............................... 13
Insuring Agreement .................................... 13
Insured Persons ....................................... 13
Definitions ........................................... 13
Exclusions — What is not covered ...................... 13
To Whom And When Payment Is Made ................... 14
Proof Of Claim; Medical Reports ....................... 14
Part VI — Uninsured Motorists Insurance
      Coverage SS ............................... 14
Insuring Agreement .................................... 14
Insured Persons ....................................... 14
Definitions ........................................... 15
Exclusions — What is not covered ...................... 16
Limits Of Liability ................................... 16
If There Is Other Insurance ........................... 16
Proof Of Claim; Medical Reports ....................... 17
Assistance And Cooperation ............................ 17
Payment Of Loss By Allstate ........................... 17
Action Against Allstate ............................... 17
If We Cannot Agree .................................... 17
Part VII — Protection Against Loss To The Auto
      Coverages DD, HH, HE, HF, HG, JJ,
      UU, ZA, ZZ ................................ 18
Insurance Agreements For Each Coverage ............. 18
Waiver Of Collision Deductible Option ................. 18
If We Cannot Agree .................................... 18
Additional Payments Allstate Will Make ................ 19
Insured Autos ......................................... 20
Definitions ........................................... 20
Exclusions — What is not covered ...................... 21
Right To Appraisal .................................... 21
Payment Of Loss By Allstate ........................... 21
Limits Of Liability ................................... 22
If There Is Other Insurance ........................... 22
Action Against Allstate ............................... 22
Subrogation Rights .................................... 22
What You Must Do If There Is A Loss ................... 22

# Allstate Insurance Company

## Allstate Insurance Company

**The Company Named in the Policy Declarations**
A Stock Company
Home Office: Northbrook, Illinois

## General

This policy is a legal contract between you and us. A coverage applies only when a premium for it is shown on the Policy Declarations. If more than one auto is insured, premiums will be shown for each auto. If you pay the premiums when due and comply with the policy terms, Allstate, relying on the information you have given us, makes the following agreements with you.

## When And Where The Policy Applies

Your policy applies only during the policy period. During this time, it applies to losses to the auto, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

The policy period is shown on the Policy Declarations. If we offer to renew your policy, you may continue the policy for a successive policy period of six months by paying the required renewal premium payment when due. If the required renewal premium payment isn't received on or before the end of the then current policy period, your policy will terminate automatically on the expiration date of the then current policy period.

## Limited Mexico Coverage

For your protection you should purchase insurance from a company licensed in Mexico. However, the coverage of this policy for an insured private passenger or utility auto is extended to cover that auto within the Republic of Mexico. This coverage applies only while the insured auto is within 75 miles of the United States border and only for a period not to exceed ten days after each separate entry into the Republic of Mexico.

If loss or damage occurs which may require repair of the insured auto or replacement of any part(s) while the auto is in Mexican territory, the basis for adjustment of the claim will be as follows:

The repair or replacement costs will not exceed the cost of having the repairs or replacements

made at the nearest point in the United States where the repairs or replacements can be made. The cost for towing, transportation and salvage operations of the auto while within Mexican territory are not covered under this policy.

### WARNING

Unless you have auto insurance written by a Mexican insurance company, you may spend many hours or days in jail if you have an accident in Mexico. Insurance coverage should be secured from a company licensed under the laws of Mexico to write such insurance in order to avoid complications and possible penalties under the laws of Mexico, including the impoundment of your auto.

## Changes
### Premium Changes

The premium for each auto which Allstate agrees to insure based on information Allstate has received from you or other sources. You agree to cooperate with us in determining if this information is correct, if it is complete, and if it changes during the policy period. You agree that if this information changes or is incorrect or incomplete, we may adjust your premium accordingly during the policy period.

### Coverage Changes

When Allstate broadens a coverage during the policy period without additional charge, you have the new feature if you have the coverage to which it applies. The new feature applies on the date the coverage change is effective in your state. Otherwise, the policy can be changed only by endorsement. Any change in your coverage will be made using the rules, rates and forms in effect, and on file if required, for our use in your state.

### Duty To Report Policy Changes

Your policy was issued in reliance on the information you provided concerning autos and persons insured by the policy. To properly insure your auto, you should promptly notify us when you change your address or whenever any resident operators insured by your policy are added or deleted.

You must tell us within 30 days when you acquire a replacement auto. If you don't, certain coverages of this policy may not apply.

Page 2

AUTO. 11000041131226060073730141



23

# Allstate Insurance Company

When you acquire an additional auto, we will provide 30 days of coverage immediately after you become the owner. However, we will provide this coverage only if:

1. you acquire the auto during the policy period;

2. you tell us within 30 days of acquiring the auto;

3. no other insurance policy provides coverage for the auto; and

4. you pay the additional premium.

We will not provide coverage for more than 30 days unless:

1. you ask us to insure the additional auto within 30 days after you become the owner;

2. we agree to provide the coverage you select for this auto; and

3. you pay the additional premium.

## Combining Limits Of Two Or More Autos Prohibited

If you have two or more autos insured in your name and one of these autos is involved in an accident, only the coverage limits shown on the Policy Declarations for that auto will apply. When you have two or more autos insured in your name and none of them is involved in the accident, you may choose any single auto shown on the Policy Declarations and the coverage limits applicable to that auto will apply.

The limits available for any other auto covered by the policy will not be added to the coverage for the involved or chosen auto.

## Transfer

This policy can't be transferred to anyone without our written consent. However, if you die, coverage will be provided until the end of the policy period for:

1. your legal representative while acting as such, and

2. persons covered on the date of your death.

## Termination

If we offer to renew your policy and your required premium payment isn't received on or before the end of the then current policy period, your policy will terminate automatically on the expiration date of the then current policy period.

## Non Renewal

If we don't intend to continue the policy beyond the current policy period, we will mail you notice at least 20 days before the end of the policy period.

## Cancellation

You may cancel this policy by writing us the future date you wish to stop coverage.

Allstate may cancel part or all of this policy by mailing notice to you at your last known address. If we cancel because you didn't pay the premium, the date of cancellation will be at least 10 days after the date of mailing. If we cancel for any reason other than non-payment of premium, we will give you notice as follows:

1. During the first 60 days the original policy is in effect, we will give you 10 days notice of cancellation.

2. After the first 60 days, we will give you 20 days notice of cancellation.

Proof of mailing the notice will be proof of notice. A refund, if due, will be in proportion to the time your policy has been in effect. Cancellation will be effective even if the refund is not made immediately.

After your original policy has been in effect 60 days, Allstate won't cancel or reduce your coverage during the policy period unless:

1. you don't pay the premium when it's due;

2. you or any member of your household has had a driver's license suspended or revoked during the last 12 months; or

3. Allstate has mailed notice within the first 60 days that we don't intend to continue the policy.

**Page 3**

# Allstate Insurance Company

## Part I
## Automobile Liability Insurance
## Bodily Injury—Coverage AA
## Property Damage —
## Coverage BB

Allstate will pay those damages which an insured person is legally obligated to pay because of:

1. bodily injury, sustained by any person, and

2. damage to, or destruction of, property.

Under these coverages, your policy protects an insured person from liability for damage arising out of the ownership, maintenance or use, loading or unloading of an insured auto.

We will defend an insured person sued for damages which are covered by this policy even if the suit is groundless or false. We will choose the counsel. We may settle any claim or suit if we believe it is proper. We will not defend an insured person sued for damages which are not covered by this policy.

## Additional Payments Allstate Will Make

When we defend an insured person under this Part, we will pay:

1. up to $50 a day for loss of wages or salary if we ask that person to attend hearings or trials to defend against a bodily injury suit. We won't pay for loss of other income. We will pay other reasonable expenses incurred at our request.

2. court costs for defense.

3. interest accruing on damages awarded. We will pay this interest only until we have paid, offered, or deposited in court the amount for which we are liable under this policy. We will only pay interest on damages not exceeding our limits of liability.

4. premiums on appeal bonds and on bonds to release attachments, but not in excess of our limit of liability. We aren't required to apply for or furnish these bonds.

We will repay an insured person for:
1. the cost of any bail bonds required due to an accident or traffic law violation involving the use of the insured auto. We won't pay more than $300 per bond. We aren't required to apply for or furnish these bonds.

2. any expense incurred for first aid to others at the time of an auto accident involving the insured auto.

## Insured Persons

1. While using your insured auto:
   a) you,
   b) any resident, and
   c) any other person using it with your permission.

2. While using a non-owned auto:
   a) you,
   b) any resident relative using a four wheel private passenger auto or utility auto.

3. Any other person or organization liable for the use of an insured auto if the auto is not owned or hired by this person or organization, provided the use is by an insured person under 1. or 2. above and then only for that person's acts or omissions.

## Insured Autos

1. Any auto described on the Policy Declarations. This includes the four wheel private passenger auto or utility auto you replace it with.

2. An additional four wheel private passenger auto or utility auto you become the owner of during the policy period will be covered for 30 days immediately after you acquire it. However, we will provide this coverage only if Allstate or one of its affiliates insures all other private passenger autos or utility autos you own, and you pay the additional premium.

   Coverage will be continued beyond this 30 day period only if:
   a) you ask us to continue coverage within 30 days after you acquire the auto or utility auto;
   b) we agree to continue coverage for this additional auto or utility auto;
   c) you pay the additional premium.

3. A substitute four wheel private passenger auto or utility auto, not owned by you or a resident, being temporarily used while your

AUTO '11000041312200000737013'

**Page 4**

25

# Allstate Insurance Company

insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

4. A non-owned auto used by you or a resident relative with the owner's permission. This auto must not be available or furnished for the regular use of you or a resident relative.

5. A trailer while attached to an insured auto. The trailer must be designed for use with a private passenger auto or utility auto. This trailer can't be used for business purposes with other than a private passenger auto or utility auto.

## Definitions

1. "Allstate", "We", "Us", or "Our"—means the company as indicated on the Policy Declarations.

2. "Auto"—means a land motor vehicle designed for use on public roads.

3. "Bodily Injury"—means bodily injury, sickness, disease or death.

4. "Resident"—means a person who physically resides in your household with the intention of continuing residence there. Your unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in your household.

5. "Utility Auto"—means an auto of the pick-up body, sedan delivery or panel truck type. This auto must have a rated load capacity of not more than 2,000 pounds.

6. "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered

Allstate will not pay for those damages which an insured person is legally obligated to pay because of:

1. bodily injury or property damage arising out of the use of your insured auto while used to carry persons or property for a charge, or any auto you are driving while available for hire by the public. This exclusion does not apply to shared-expense car pools or when the three following conditions are met:

a) you are operating an auto as a volunteer service for a nonprofit charitable organization or a governmental agency; and

b) you are transporting physically or mentally handicapped persons or persons 60 years of age or older; and

c) you do not receive more than the amount allowed for by law for reimbursement of actual miles driven.

2. bodily injury or property damage arising out of auto business operations such as repairing, servicing, testing, washing, parking, storing, or selling autos. This exclusion applies only if there is other collectible liability insurance available to that person with limits at least equal to the minimum requirements of the applicable Motor Vehicle Financial Responsibility law. However, if there is no other collectible liability insurance, the maximum payable under this policy is limited to the minimum requirements of the applicable Motor Vehicle Financial Responsibility law.

However, coverage does apply to you, or a resident relative when using your insured auto.

3. bodily injury or property damage arising out of the use of a non-owned auto in any business or occupation of an insured person. However, this exclusion does not apply while you, your chauffeur, or domestic servant are using a private passenger auto or trailer.

4. bodily injury to an employee of any insured person arising in the course of employment. This exclusion does not apply to any domestic employee who is not required to be covered by a worker's compensation law or similar law.

5. bodily injury to a co-worker injured in the course of employment. This exclusion does not apply to you.

6. bodily injury to you or any resident of your household related to you by blood, marriage, or adoption whenever the ultimate benefits of this coverage would accrue directly or indirectly to you or any resident of your household related to you by blood, marriage or adoption.

Page 5

## Allstate Insurance Company

7. damage to or destruction of property an insured person owns, transports, is in charge of, or rents. An auto operated by an insured person is considered to be property in charge of an insured person. However, a private residence or a garage rented by that person is covered.

8. bodily injury or property damage which may reasonably be expected to result from the intentional or criminal acts of an insured person or which are in fact intended by an insured person.

9. bodily injury or property damage which would also be covered under nuclear energy liability insurance. This applies even if the limits of that insurance are exhausted.

### Financial Responsibility

When this policy is certified as proof under any motor vehicle financial responsibility law, this policy will comply with the provisions of that law.

### Limits Of Liability

The limits shown on the Policy Declarations are the maximum we will pay for any single auto accident. The limit stated for each person for bodily injury is the maximum we will pay for damages because of bodily injury sustained by one person in any single auto accident, including damages sustained by anyone else as a result of the bodily injury. Subject to the limit for each person, the limit stated for each occurrence is the maximum we will pay for damages for bodily injury sustained by two or more persons in any single auto accident. For property damage, the limit applies to damages arising from each occurrence.

The liability limits apply to each insured auto as shown on the Policy Declarations. The insuring of more than one person or auto under this policy will not increase our liability limits beyond the amount shown for any one auto, even though a separate premium is charged for each auto. The limits also won't be increased if you have other auto insurance policies that apply.

There will be no duplication of payments made under the Bodily Injury Liability and Uninsured Motorists Coverage of this policy.

An auto and attached trailer are considered one auto. Also, an auto and a mounted camper unit, topper, cap or canopy are considered one auto.

If a single "each occurrence" limit is stated on the Policy Declarations for Automobile Liability Insurance, this limit will be the maximum amount of Allstate's liability for both bodily injury and property damage arising out of any one occurrence.

### If There Is Other Insurance

If an insured person is using a substitute private passenger auto or non-owned auto, our liability insurance will be excess over other collectible insurance. If more than one policy applies on a primary basis to an accident involving your insured auto, we will bear our proportionate share with other collectible liability insurance.

If more than one policy applies on an excess basis, we will bear our proportionate share with other collectible excess liability insurance.

### Assistance And Cooperation

When we ask, an insured person must cooperate with us in the investigation, settlement and defense of any claim or lawsuit. If we ask, that person must also help us obtain payment from anyone who may be jointly responsible.

We can't be obligated if an insured person voluntarily takes any action or makes any payments other than for covered expenses for bail bonds or first aid to others.

### Action Against Allstate

No insured person may sue us under this coverage unless there is full compliance with all the policy terms.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and us, then whoever obtains this judgment or agreement against an insured person, may sue us up to the limits of this policy. However, no one has the right to join us in a suit to determine legal responsibility.

### Bankruptcy or Insolvency

The bankruptcy or insolvency of an insured person or that person's estate won't relieve us of any obligation.

Page 6

AUTO 110000131228000073736616

# Allstate Insurance Company

## What To Do In Case Of An Auto Accident Or Claim

If an insured person has an auto accident, we must be informed promptly of all details. If an insured person is sued as the result of an auto accident, we must be informed as soon as possible.

# Part II
# Automobile Medical Payments Coverage CC

Allstate will pay to or on behalf of an insured person all reasonable expenses actually incurred by an insured person for necessary medical treatment, medical services or medical products actually provided to the insured person. Ambulance, hospital, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, pharmaceuticals, eyeglasses, hearing aids, and funeral service expenses, and professional nursing services are covered. Payments will be made only when bodily injury is caused by an auto accident.

The treatment, services, or products must be rendered within one year after the accident. This will be extended to five years if the amount of insurance shown on the Policy Declarations for this coverage is more than $5,000.

This coverage does not apply to any person to the extent that the treatment is covered under any workers compensation law.

## Insured Persons

1.  You and any resident relative who sustains bodily injury while in, on, getting into or out of, or when struck by an auto or trailer. The use of a non-owned auto must be with the owner's permission.

2.  Any other person who sustains bodily injury while in, on, getting into or out of
    a)  your insured auto while being used by you, a resident relative, or any other person with your permission.
    b)  a non-owned auto if the injury results from your operation or occupancy.
    c)  a non-owned auto if the injury results from the operation on your behalf by your private chauffeur or domestic servant.
    d)  a non-owned private passenger auto or trailer if the injury results from the

operation or occupancy by a resident relative.

The use of non-owned autos must be with the owner's permission.

## Insured Autos

1.  Any auto described on the Policy Declarations. This includes the four wheel private passenger auto or utility auto you replace it with.

2.  An additional four wheel private passenger auto or utility auto you acquire ownership of during the policy period will be covered for 30 days immediately after you become the owner. However, we will provide this coverage only if Allstate or one of its affiliates insure all other private passenger auto or utility autos you own, and you pay the additional premium.

    Coverage will be continued beyond this 30 day period only if:
    a)  you ask us to continue coverage within 30 days after you acquire the auto or utility auto;
    b)  we agree to continue coverage for this additional auto or utility auto;
    c)  you pay the additional premium.

3.  A substitute four wheel private passenger auto or utility auto, not owned by you or a resident, temporarily used while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

4.  A non-owned auto having not less than four wheels used with the owner's permission. This auto must not be available or furnished for the regular use of an insured person.

5.  A trailer while attached to an insured auto. The trailer must be designed for use with a private passenger auto or utility auto. This trailer can't be used for business purposes with other than a private passenger auto or utility auto.

## Definitions

1.  "Allstate", "We", "Us", or "Our"—means the company as indicated on the Policy Declarations.

2.  "Auto"—means a land motor vehicle designed for use on public roads.

Page 7

28

# Allstate Insurance Company

3. "Bodily Injury" —means bodily injury, sickness, disease or death.

4. "Resident" —means a person who physically resides in your household with the intention of continuing residence there. Your unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in your household.

5. "Utility Auto" —means an auto of the pickup body, sedan delivery or panel truck type. This auto must have a rated load capacity of not more than 2,000 pounds.

6. "You" or "Your" —means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered
This coverage does not apply to bodily injury to:

1. you or a resident relative while in, on, getting into or out of an auto you or a resident relative own but do not insure for this coverage.

2. you or a resident relative while in, on, getting into or out of, or struck as a pedestrian by:
   a) a vehicle operated on rails or crawler-treads, or
   b) a vehicle or other equipment designed for use off public roads, while not on public roads.

3. any person while in, on, getting into or out of:
   a) an owned auto while available for hire to the public. This exclusion does not apply to shared-expense car pools.
   b) an auto or trailer while used as a residence or premises.

4. any person, other than you or a resident relative, while using a non-owned auto:
   a) which is available for hire by the public, or
   b) in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of autos.

   Coverage is provided for you, your private chauffeur or domestic servant while using a private passenger auto or trailer in any other business or occupation.

5. any person resulting from any act of war, insurrection, rebellion, or revolution.

## Limits Of Liability
The limit shown on the Policy Declarations is the maximum we will pay for all expenses incurred by or for each person as the result of any one auto accident.

The medical payments limit applies to each insured auto as shown on the Policy Declarations. The insuring of more than one person or auto under this policy won't increase our limit beyond the amount shown for any one auto, even though a separate premium is charged for each auto. The limit also won't be increased if you have other auto insurance policies that apply.

If an insured person dies as the result of a covered auto accident, we will pay the least of the following as a funeral service expenses benefit:

1. $2,000; or

2. the Coverage CC limit of liability stated on the Policy Declarations; or

3. the remaining portion of the Coverage CC limit of liability not expended for other covered medical expenses.

This funeral service expenses benefit does not increase, and will not be paid in addition to, the limits of liability stated on the Policy Declarations for Coverage CC. This benefit is payable to the deceased insured person's spouse if a resident of the same household at the time of the accident. However, if the deceased is a minor, the benefit is payable to either parent if that parent is a resident of the same household at the time of the accident. In all other cases, the benefit is payable to the deceased insured person's estate.

There will be no duplication of payments made under the Bodily Injury Liability and Automobile Medical Payments coverages of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person. The damages payable under the Bodily Injury Liability coverage of this policy will be reduced by that amount.

Page 8



AUTO 11000011312620007373017

# Allstate Insurance Company

## Unnecessary or Unreasonable Medical Expenses

If the insured person incurs medical expenses which we deem to be unreasonable or unnecessary, we may refuse to pay those expenses and contest them. Unreasonable medical expenses are fees for medical services which are substantially higher than the usual and customary charges for those services. Unnecessary medical expenses are fees for medical services which are not usually and customarily performed for treatment of the injury, including fees for an excessive number, amount, or duration of medical services.

If the insured person is sued by a medical services provider because we refuse to pay contested medical expenses, we will pay all defense costs and any resulting judgment against the insured person. We will choose the counsel. The insured person must cooperate with us in the defense of any claim or lawsuit. If we ask the insured person to attend hearings or trials, we will pay up to $50 per day for lost wages or salary. We will also pay other reasonable expenses incurred at our request.

## If There Is Other Insurance

When this coverage applies to a substitute auto or non-owned auto, Allstate will pay only after all other collectible auto medical insurance has been exhausted.

When this coverage applies to a replacement auto or additional auto, this policy will not apply if you have other collectible auto medical insurance.

When this coverage applies to an owned auto insured by an affiliate of Allstate or any other insurer, Allstate will pay only after all other collectible auto medical insurance has been exhausted.

## Assistance And Cooperation

When we ask, an insured person must cooperate with us in the investigation, settlement and defense of any claim or lawsuit. If we ask, that person must also help us obtain payment from anyone who may be jointly responsible.

We can't be obligated if an insured person voluntarily takes any action or makes any payments other than for covered expenses for first aid to others.

## Action Against Allstate

No one may sue us under this coverage unless there is full compliance with all the policy terms.

## Proof Of Claim; Medical Reports

As soon as possible, any person making claim must give us written proof of claim. It must include all details we may need to determine the amounts payable. We may also require any person making claim to submit to questioning under oath and sign the transcript.

The injured person may be required to take medical examinations by physicians we choose, as often as we reasonably require. We must be given authorization to obtain medical reports and other records pertinent to the claim.

# Part III
# Coordinated Medical Protection
# Coverage CX

Allstate will pay to or on behalf of an insured person all reasonable expenses incurred for necessary medical treatment, services, or products actually provided to an insured person. Ambulance, hospital, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, pharmaceuticals, eyeglasses, hearing aids, funeral service expenses, and professional nursing services are covered. Payments will be made only when **bodily injury** is caused by an auto accident. The treatment, services, or products must be rendered within five years after the accident.

Coverage CX applies to you and resident relatives on an excess basis only. This means that Allstate will not be liable to the extent that any elements of loss covered under Coordinated Medical Protection are paid, payable or required to be provided to or on behalf of you or a **resident** relative under the provisions of any and all **primary medical plans**.

Coverage CX will apply on a primary basis to expenses for elements of loss which are not covered under the **primary medical plan** applicable to **you** or **resident** relatives.

Coverage CX does not apply to any person to the extent that the treatment is covered under any workers compensation law.

Page 9

# Allstate Insurance Company

## Deductible

If there is no primary medical plan covering you and resident relatives in effect on the date of the accident, Allstate will pay only when covered expenses for you or a resident relative exceed $2,000. We will then pay only the excess amount. This deductible applies to each person. This paragraph does not apply if coverage under the primary medical plan terminates within 30 days prior to the loss.

This deductible does not apply to funeral service expenses.

## Insured Persons

1. You and any resident relative who sustains bodily injury while in, on, getting into or out of, or when struck by, an auto or trailer. The use of a non-owned auto must be with the owner's permission.

2. Any other person who sustains bodily injury while in, on, getting into or out of
   a) your insured auto while being used by you, a resident relative, or any other person with your permission.
   b) a non-owned auto if the injury results from your operation or occupancy.
   c) a non-owned auto if the injury results from the operation on your behalf by your private chauffeur or domestic servant.
   d) a non-owned private passenger auto or trailer if the injury results from the operation or occupancy by a resident relative.

   The use of non-owned autos must be with the owner's permission.

## Insured Autos

1. Any auto described on the Policy Declarations. This includes the four wheel private passenger auto or utility auto you replace it with.

2. An additional four wheel private passenger auto or utility auto you acquire ownership of during the policy period will be covered for 30 days immediately after you become the owner. However, we will provide this coverage only if Allstate or one of its affiliates insure all other private passenger autos or utility autos you own, and you pay the additional premium.

Coverage will be continued beyond this 30 day period only if:
   a) you ask us to continue coverage within 30 days after you acquire the auto or utility auto;
   b) we agree to continue coverage for this additional auto or utility auto;
   c) you pay the additional premium.

3. A substitute four wheel private passenger auto or utility auto, not owned by you or a resident, temporarily used while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

4. A non-owned auto having not less than four wheels used with the owner's permission. This auto must not be available for the regular use of an insured person.

5. A trailer while attached to an insured auto. The trailer must be designed for use with a private passenger auto or utility auto. This trailer can't be used for business purposes with other than a private passenger auto or utility auto.

## Definitions

1. "Allstate", "We", "Us", or "Our"—means the company as indicated on the Policy Declarations.

2. "Auto"—means a land motor vehicle designed for use on public roads.

3. "Bodily Injury"—means bodily injury, sickness, disease or death.

4. "Primary Medical Plan"—means individual, blanket or group accident disability, health, major medical or hospitalization insurance or a health maintenance organization which covers expenses on a primary basis for treatment, services and products required due to a bodily injury caused by an auto accident. The Federal Medicare program is not a primary medical plan.

5. "Resident"—means a person who physically resides in your household with the intention of continuing residence there. Your unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in your household.



AUTO · 1100001131226000073730013

Page 10

31

# Allstate Insurance Company

6. "Utility Auto" —means an auto of the pickup body, sedan delivery or panel truck type. This auto must have a rated load capacity of not more than 2,000 pounds.

7. "You" or "Your" —means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered

This coverage does not apply to bodily injury to

1. you or a resident relative while in, on, getting into or out of an auto you or a resident relative own but do not insure for this coverage under this policy.

2. you or a resident relative while in, on, getting into or out of, or when struck as a pedestrian by:
   a) a vehicle operated on rails or crawler-treads, or
   b) a vehicle or other equipment designed for use off public roads while not on public roads.

3. any person while in, on, getting into or out of:
   a) an owned auto while available for hire to the public. This exclusion does not apply to shared-expense car pools.
   b) an auto or trailer while used as a residence or premises..

4. any person, other than you or a resident relative, while using a non-owned auto:
   a) which is available for hire by the public, or
   b) in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of autos...

   Coverage is provided for you, your private chauffeur or domestic servant while using a private passenger auto or trailer in any other business or occupation..

5. any person resulting from any act of war, insurrection, rebellion, or revolution.

## Limits Of Liability

The limit shown on the Policy Declarations is the maximum we will pay for all expenses incurred by or for each insured person as the result of any one auto accident.

The medical payments limit applies to each insured auto as shown on the Policy Declarations. The insuring of more than one person or auto under this policy won't increase our limit beyond the amount shown for any one auto, even though a separate premium is charged for each auto. The limit also won't be increased if you have other auto insurance policies that apply.

If an insured person dies as the result of a covered auto accident, we will pay the least of the following as a funeral service expenses benefit:

1. $2,000; or

2. the remaining portion of the Coverage CX limit of liability not expended for other covered medical expenses.

This funeral service expenses benefit does not increase, and will not be paid in addition to, the limits of liability stated on the Policy Declarations for Coverage CX. This benefit is payable to the deceased insured person's spouse if a resident of the same household at the time of the accident. However, if the deceased is a minor, the benefit is payable to either parent if that parent is a resident of the same household at the time of the accident. In all other cases, the benefit is payable to the deceased insured person's estate.

There will be no duplication of payments made under the Bodily Injury Liability and Coordinated Medical Protection coverage of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person. The damages payable under the Bodily Injury Liability coverage of this policy will be reduced by that amount.

## Unnecessary or Unreasonable Medical Expenses

If the insured person incurs medical expenses which we deem to be unreasonable or unnecessary, we may refuse to pay those expenses and contest them. Unreasonable medical expenses are fees for medical services which are substantially higher than the usual and customary charges for those services. Unnecessary medical expenses are fees for medical services which are not usually and customarily performed for treatment of the injury, including fees for an excessive number, amount, or duration of medical services.

Page 11

# Allstate Insurance Company

If the insured person is sued by a medical services provider because we refuse to pay contested medical expenses, we will pay all defense costs and any resulting judgment against the insured person. We will choose the counsel. The insured person must cooperate with us in the defense of any claim or lawsuit. If we ask the insured person to attend hearings or trials, we will pay up to $50 per day for lost wages or salary. We will also pay other reasonable expenses incurred at our request.

## If There Is Other Automobile Medical Insurance

When this coverage applies to a substitute auto or a non-owned auto, Allstate will pay only after all other collectible auto medical insurance has been exhausted.

When this coverage applies to a replacement auto or additional auto; this policy will not apply if you have other collectible auto medical insurance.

When this coverage applies to an owned auto insured by an affiliate of Allstate or any other insurer, Allstate will pay only after all other collectible auto medical insurance has been exhausted.

## Assistance and Cooperation

When we ask, an insured person must cooperate with us in the investigation, settlement and defense of any claim or lawsuit. If we ask, that person must also help us obtain payment from anyone who may be jointly responsible.

We can't be obligated if an insured person voluntarily takes any action or makes any payments other than for covered expenses for first aid to others.

## Action Against Allstate

No one may sue us under this coverage unless there is full compliance with all the policy terms.

## Proof of Claim; Medical Reports

As soon as possible, any person making claim must give us written proof of claim. It must include all details we may need to determine the amounts payable. We may also require any person making claim to submit to questioning under oath and sign the transcript.

The injured person may be required to take medical examinations by physicians we choose, as often as

we reasonably require. We must be given authorization to obtain medical reports and other records pertinent to the claim.

## Part IV
## Automobile Death Indemnity Insurance
## Coverage CM

Allstate will pay the benefit shown on the Policy Declarations if an insured person dies as the direct result of bodily injury caused by an auto accident. The injury must be sustained while the insured person is in, on, getting into or out of, or when struck as a pedestrian by an auto, trailer or semi-trailer.

Benefits will be paid only if:
1. death occurs within 90 days of the auto accident; or

2. death occurs within 1 year of the auto accident and the bodily injury has continuously prevented the insured person from performing all duties pertaining to that person's occupation.

## Insured Persons
The person or persons shown as insured on the Policy Declarations under Coverage CM.

## Definitions
1. "Allstate", "We", or "Us"—means the company as indicated on the Policy Declarations.

2. "Auto" — means a land motor vehicle designed for use on public roads.

3. "Bodily Injury"—means bodily injury, sickness or disease.

## Exclusions—What is not covered
This coverage does not apply to death:
1. sustained in the course of an occupation by any person while:
   a) operating, loading, unloading, assisting on, or performing any other duties related to the use of a commercial auto, or an auto hired or rented to others for a charge.



# Allstate Insurance Company

b)   repairing or servicing autos, including any related duties.

2.   due to suicide committed while sane or insane.

3.   due to any act of war, insurrection, rebellion, or revolution.

4.   sustained while in, on, getting into or out of, or when struck as a pedestrian by
a)   a vehicle operated on rails or crawler-treads;
b)   a vehicle or other equipment designed for use off public roads, while not on public roads; or
c)   a vehicle when used as a residence or premises.

## Payment Of Benefits; Autopsy

The benefit is payable to the deceased insured person's spouse. The spouse must be a resident of the same household as the insured person at the time of the accident. However, if the deceased is a minor, the benefit is payable to either parent. That parent must be a resident of the same household as the minor at the time of the accident. In all other cases, the benefit is payable to the deceased insured person's estate.

Allstate has the right and must be given the opportunity to make an autopsy where it is not prohibited by law.

## Consent Of Beneficiary

The beneficiary's consent is not required for cancellation, assignment, change of beneficiary, or any other change under this coverage.

## Proof Of Claim; Medical Reports

As soon as possible, we must be given written proof of claim. It must include all details we may need to determine if benefits are payable.

We must be given authorization to obtain medical reports and copies of records.

# Part V
# Automobile Disability Income Protection Coverage CW

Allstate will pay the weekly benefit shown on the Policy Declarations if an insured person sustains continuous total disability as a direct result of bodily injury caused by an auto accident. The injury must be sustained while in, on, getting into or out of, or when struck as a pedestrian by an auto, trailer or semi-trailer.

Benefits will be paid only while the insured person is alive and only if the disability:
1.   commences within 20 days of the date of the accident; and

2.   during the first year after commencement, continuously prevents the insured person from performing all duties pertaining to that person's occupation; and

3.   during the second and subsequent years after commencement, continuously prevents the insured person from engaging in any occupation or employment for wage or profit.

## Insured Persons

The person or persons shown as insured on the Policy Declarations under Coverage CW.

## Definitions

1.   "Allstate", "We", or "Us"—means the company as indicated on the Policy Declarations.

2.   "Auto"—means a land motor vehicle designed for use on public roads.

3.   "Bodily Injury"—means bodily injury, sickness or disease.

## Exclusions—What is not covered

This coverage does not apply to disability:
1.   sustained in the course of an occupation by any person while:
a)   operating, loading, unloading, assisting on, or performing any other duties related to the use of a commercial auto, or an auto hired or rented to others for a charge.

Page 13

## Allstate Insurance Company

b) repairing or servicing autos, including any related duties.

2. due to any attempt at suicide while sane or insane.

3. due to any act of war, insurrection, rebellion or revolution.

4. sustained while in, on, getting into or out of, or when struck as a pedestrian by
   a) a vehicle operated on rails or crawler-treads;
   b) a vehicle or other equipment designed for use off public roads, while not on public roads; or
   c) a vehicle when used as a residence or premises.

### To Whom And When Payment Is Made

Weekly benefits are payable to the disabled insured person. Accrued weekly benefits are payable every four weeks. Any remaining balance is payable at termination of the disability period. Benefits end upon the death of the insured person.

### Proof Of Claim; Medical Reports

As soon as possible, any person making claim must give us written proof of claim.

The injured person may be required to take medical examinations by physicians we choose, as often as we reasonably require. We must be given authorization to obtain medical reports and copies of records.

# Part VI
# Uninsured Motorists Insurance Coverage SS

We will pay those damages that an insured person is legally entitled to recover from the owner or operator of an uninsured auto because of;

1. bodily injury sustained by an insured person, and property damage .

2. Property damage is covered only if a separate limit is shown on the Policy Declarations for Uninsured Motorists Insurance —Property Damage.

The bodily injury or property damage must be caused by accident and arise out of the ownership, maintenance or use of an uninsured auto. We will not pay any punitive or exemplary damages.

The right to benefits and the amount payable will be decided by agreement between the insured person and Allstate. If an agreement can't be reached, the decision will be made by arbitration.

If an insured person sues a person believed responsible for the accident without our written consent, we aren't bound by any resulting judgment.

### Insured Persons

1. You and any resident relative.

2. Any other person while in, on, getting into or out of an insured auto with your permission.

3. Any other person who is legally entitled to recover because of bodily injury to you, a resident relative, or an occupant of your insured auto with your permission.

### An insured auto is a motor vehicle:

1. described on the Policy Declarations. This includes the motor vehicle you replace it with.

2. you become the owner of during the premium period. This additional motor vehicle will be covered for 30 days immediately after you become the owner. However, we will provide this coverage only if Allstate or one of its affiliates insure all other private passenger motor vehicles you own, and you pay the additional premium. Coverage will be continued beyond this 30 day period only if:
   a) you ask us to continue coverage within 30 days after you acquire the motor vehicle;
   b) we agree to continue coverage for this additional motor vehicle;
   c) you pay the additional premium.

3. not owned by you or a resident relative if being temporarily used while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed. The motor vehicle must be used with the owner's permission.

Page 14

AUTO-11000041312060007373020



# Allstate Insurance Company

4. not owned by you or a resident relative, if being operated by you with the owner's permission. The motor vehicle can't be furnished for the regular use of you or any resident relative.

An insured auto is not a motor vehicle made available for public hire by an insured person. This restriction does not apply when the three following conditions are met:

1. you are operating an auto as a volunteer service for a non-profit charitable organization or governmental agency; and

2. you are transporting physically or mentally handicapped persons or persons 60 years of age or older; and

3. you do not receive more than the amount allowed for by state law for reimbursement of actual mileage driven.

## An uninsured auto is:

1. a motor vehicle which has no bodily injury or property damage liability bond or insurance policy in effect at the time of the accident.

2. a motor vehicle for which the insurer denies coverage, becomes insolvent or refuses to admit coverage except conditionally or with reservation.

3. a hit-and-run motor vehicle which causes:
   a) bodily injury to an insured person by physical contact with the insured person or with a vehicle occupied by that person. The identity of the operator and the owner of the vehicle must be unknown. The accident must be reported within 24 hours to the proper authorities. We must be notified within 30 days.
   b) property damage by direct physical contact with the insured auto. The identity of the operator or the owner of the vehicle must be known or the vehicle itself must be identified by its license number. We must be notified within 10 business days. This coverage does not apply if the identified vehicle has applicable property damage insurance.

   If the insured person was occupying a vehicle at the time of the accident, we have a right to inspect it.

4. an underinsured motor vehicle which has a bodily injury liability bond or bodily injury liability insurance in effect and applicable at the time of the accident, but in an amount less than the applicable bodily injury limit of liability for Uninsured Motorists Bodily Injury coverage shown on the Policy Declarations.

## An uninsured auto is not:

1. a motor vehicle that is lawfully self-insured.

2. a motor vehicle owned by any federal, state, or local government or agency.

3. a motor vehicle insured for bodily injury under Part I of this policy.

## Definitions

1. "Allstate", "We", "Us", or "Our" —means the company as indicated on the Policy Declarations.

2. "Bodily Injury" —means bodily injury, sickness, disease or death.

3. "Motor Vehicle" —means a land motor vehicle or trailer other than
   a) a vehicle or other equipment designed or modified for use off public roads, while not on public roads, or
   b) a vehicle when used as a residence or premises.

4. "Property Damage" —means damage to or destruction of the insured auto, but does not include loss of use of the insured auto, damage to personal property contained in the insured auto or damage caused by an underinsured motor vehicle.

5. "Resident" —means a person who physically resides in your household with the intention of continuing residence there. Your unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in your household.

6. "You" or "Your" —means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

Page 15

# Allstate Insurance Company

## Exclusions—What is not covered

Allstate will not pay any damages an insured person is legally entitled to recover because of:

1. bodily injury or property damage to any person who makes a settlement without our written consent.

2. bodily injury or property damage sustained while in, on, getting into or out of or when struck by an uninsured motor vehicle which is owned by you or a resident relative.

3. bodily injury or property damage sustained while in, on, getting into or out of a vehicle you own which is owned by you or a resident relative which is insured for this coverage under another policy.

4. bodily injury or property damage, if the payment would directly or indirectly benefit any workers compensation or disability benefits insurer, including a self-insurer, or directly benefit the United States, or any state or political subdivision.

## Limits Of Liability

1. The coverage limit shown on the Policy Declarations for:
   a) "each person" is the maximum that we will pay for damages arising out of bodily injury to one person in any one motor vehicle accident, including all damages sustained by anyone else as a result of that bodily injury.
   b) "each accident" is the maximum that we will pay for damages arising out of bodily injury to two or more persons in any one motor vehicle accident. This limit is subject to the limit for "each person".
   c) "each accident" is the maximum that we will pay for property damage arising out of any one motor vehicle accident. Subject to this limit, our limit of liability for property damage will be the lessor of:
      1) the actual cash value of the insured auto; or
      2) the amount necessary to repair or replace the insured auto.

2. These limits are the maximum Allstate will pay for any one motor vehicle accident regardless of the number of:
   a) claims made;
   b) vehicles or persons shown on the Policy Declarations; or
   c) vehicles involved in the accident.

      The Uninsured Motorists Coverage limits apply to each insured motor vehicle as shown on the Policy Declarations.

3. The limits for Coverage SS will be reduced by all amounts paid by or on behalf of the owner or operator of the underinsured motor vehicle.

4. We are not obligated to make any payment for bodily injury under this coverage which arises out of the use of an underinsured motor vehicle until after the limits of liability for all liability protection in effect and applicable at the time of the accident have been exhausted by payment of judgments or settlements.

5. Any loss payable under Coverage SS will be reduced by:
   a) all amounts payable under the bodily injury liability coverage provided by this policy.
   b) all amounts payable under any workers compensation law.

6. Subject to the limits of liability, damages payable will be reduced by any amount paid or due under this or any other automobile policy for:
   a) medical payments coverage; or
   b) coordinated medical payments coverage; or
   c) any similar medical payments insurance.

## If There Is Other Insurance

If the insured person was in, on, getting into or out of a vehicle you do not own which is insured for this coverage under another policy, this coverage will be excess. This means that when the insured person is legally entitled to recover damages in excess of the other policy limit, we will only pay the amount by which the limit of liability of this policy exceeds the limit of liability of that policy.

If more than one policy applies to the accident on a primary basis, the total benefits payable to any one



AUTO 11000CI1312Z60007373001

# Allstate Insurance Company

person will not exceed the maximum benefits payable under the policy with the highest limit for uninsured motorists coverage. We will bear our proportionate share with other uninsured motorists coverage. This applies no matter how many autos or auto policies may be involved whether written by Allstate or another company.

If more than one policy applies to the accident on an excess basis, the total benefits payable to any one person will not exceed the maximum benefits payable under the policy with the highest limit for excess uninsured motorist coverage. We will bear our proportionate share with other uninsured motorist coverage. This applies no matter how many autos or auto policies may be involved whether written by Allstate or another company.

## Proof Of Claim; Medical Reports

As soon as possible any person making claim must give us written proof of claim. It must include all details we may need to determine the amounts payable. We may also require any person making claim to submit to questioning under oath and sign the transcript.

The insured person may be required to take medical examinations by physicians we choose, as often as we reasonable require. We must be given authorization to obtain medical reports and copies of records.

## Assistance And Cooperation

We may require the insured person to take proper action to preserve all rights to recover damages from anyone responsible for the bodily injury.

## Trust Agreement

When we pay any person under this coverage:
1.  we are entitled to repayment of amounts paid by us and related collection expenses out of the proceeds of any settlement or judgment that such person recovers from any responsible party or insurer.

2.  all rights of recovery against any responsible party or insurer must be maintained and preserved for our benefit.

3.  insured persons, if we ask, must take proper action in their name to recover damages from any responsible party or insurer. We will select the attorney. We will pay all related costs and fees.

We will not ask the insured person to sue the insured of an insolvent insurer.

## Payment Of Loss By Allstate

Any amount due is payable to the insured person, the parent or guardian of an injured minor, or to the spouse of any insured person who dies. However, we may pay any other person or estate lawfully entitled to recover the damages.

## Action Against Allstate

No legal action can be brought against us under this coverage unless there is full compliance with all the policy terms or unless within one year from the date of the accident:
1.  suit for **bodily injury** has been filed against the uninsured motorist in a court of competent jurisdiction,

2.  agreement as to the amount due under this coverage has been concluded, or

3.  formal arbitration proceedings have been instituted.

If a suit has been filed against the uninsured motorist, the insured person must provide us notice of the suit. The notice must be in writing and be provided within a reasonable time after the insured knew or should have known the motorist was uninsured. If we are prejudiced by a failure to give notice the claim will be denied. In no event will the notice be required before one year from the date of the accident.

## If We Cannot Agree

If you and we disagree on your right to receive any damages or on the amount, then upon the written request of either party, the disagreement will be settled by a single neutral arbitrator.

If arbitration is used, any arbitration award will be binding and may be entered as a judgment in a proper court. All expenses of arbitration will be shared equally. However, attorney fees and fees paid to medical or other expert witnesses are not considered arbitration expenses and are to be paid by the party incurring them.

Arbitration will commence within one year from the date of the accident. No cause of action shall exist against either you or Allstate as a result of exercising the right to request arbitration of a claim.

Page 17

## Allstate Insurance Company

## Part VII
## Protection Against Loss To The Auto

The following coverages apply when indicated on the Policy Declarations. Additional payments, autos insured, definitions, exclusions, and other information applicable to all these coverages appear beginning on page 19.

### COVERAGE DD
### Auto Collision Insurance

Allstate will pay for direct and accidental loss to your insured auto or a non-owned auto (including insured loss to an attached trailer) from a collision with another object or by upset of that auto or trailer. The deductible amount won't be subtracted from the loss payment in collisions involving your insured auto and another auto insured by us.

### Waiver Of Collision Coverage Deductible Option

The following applies only when the Policy Declarations indicate the Waiver of Collision Coverage Deductible Option:

The Auto Collision Insurance deductible will be waived to the extent that you are legally entitled to recover damages from the owner or operator of an uninsured auto if:
1. the damage is caused by direct physical contact between an uninsured auto as defined in Part VI—Uninsured Motorists Insurance of the policy, and a vehicle owned by you which is insured for Auto Collision Insurance under this policy; and

2. the owner or operator of the uninsured auto has been identified or the vehicle itself has been identified by its license number; and

3. we have been notified of the accident within 10 business days.

The Auto Collision Insurance deductible will not be waived when the damage is caused by an underinsured motor vehicle as defined in Part VI—Uninsured Motorists Insurance of this policy.

### If We Cannot Agree

If you or we cannot agree on the amount of the Auto Collision Insurance deductible to be waived, then upon the written request of either, the disagreement will be settled by a single neutral arbitrator. Arbitration will be conducted within one year from the date of the accident. No cause of action shall exist against either you or Allstate from exercising the right to request arbitration for a claim for the Waiver of Collision Coverage Deductible.

### COVERAGE HH
### Auto Comprehensive Insurance

Allstate will pay for direct and accidental loss to your insured auto or a non-owned auto not caused by collision. Loss caused by missiles, falling objects, fire, theft or larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, and riot or civil commotion is covered. Glass breakage, whether or not caused by collision, and collision with a bird or animal is covered.

The deductible amount will not be subtracted from the loss payment when the loss is caused by a peril listed under Coverage HE.

By agreement between you and Allstate, the deductible amount will not be subtracted from a glass breakage loss if the glass is repaired rather than replaced.

### COVERAGE HE
### Auto Fire, Lightning and Transportation Insurance

Allstate will pay for direct and accidental loss to your insured auto or a non-owned auto due to:
1. fire or lightning.

2. smoke or smudge due to a sudden, unusual and faulty operation of any fixed heating equipment serving the premises in which the auto is located.

3. stranding, sinking, burning, collision or derailment of any conveyance in or upon which the auto is being transported on land or on water.

Page 18



39

# Allstate Insurance Company

## COVERAGE HF
### Auto Theft Insurance
Allstate will pay for direct and accidental loss to your insured auto or a non-owned auto caused by theft or larceny.

## COVERAGE HG
### Auto Fire, Lightning, Transportation and Theft Insurance
Allstate will pay for direct and accidental loss to your insured auto or a non-owned auto caused by any peril listed under Coverages HE or HF above.

## COVERAGE JJ
### Towing And Labor Costs
Allstate will pay costs for labor done at the initial place of disablement of your insured auto or a non-owned auto. We will also pay for towing made necessary by the disablement. The total limit of our liability for each loss is shown on the Policy Declarations.

## COVERAGE UU
### Rental Reimbursement Coverage
If you have collision or comprehensive coverage under this policy and the loss involves either coverage, Allstate will reimburse you for your cost of renting an auto from a rental agency or garage. We will not pay more than the dollar amount per day, shown on the Policy Declarations. We won't pay mileage or fuel charges. We won't pay for collision damage waiver insurance charges.

If your insured auto is stolen, payment for transportation expenses will be made under the terms of paragraph 3. of "Additional Payments Allstate Will Make". However, the limits for this coverage will apply if they exceed the limits stated under "Additional Payments Allstate Will Make".

If your insured auto is disabled by a collision or comprehensive loss, coverage starts the day after the loss. If it is driveable, coverage starts the day after the auto is taken to a garage for repairs.

Coverage ends when whichever of the following occurs first:
1. if the auto is disabled by a collision or comprehensive loss, completion of repairs or replacement of the auto;

2. if the auto is stolen, when we offer settlement or your auto is returned to use; or

3. thirty full days of coverage.

## COVERAGE ZA
### Sound System Coverage
Allstate will pay for loss to a sound system permanently installed in your auto by bolts, brackets or other means, its antennas or other apparatus specifically used with that system.

Coverage ZA applies only if comprehensive insurance is in effect under this policy. This coverage makes sound systems, and antennas or other apparatus used specifically with them, insured property under the terms of both collision and comprehensive insurance. The limit of our liability is shown on the Policy Declarations.

## COVERAGE ZZ
### Tape Coverage
Allstate will pay for loss to any tapes or similar items used with any auto sound system. Coverage applies to property you or a resident relative own that is in or on your insured auto at the time of loss. The total limit of our liability for each loss is shown on the Policy Declarations.

This coverage applies only if you have comprehensive insurance under this policy. Coverage ZZ makes tapes or similar items insured property under your comprehensive insurance.

### Additional Payments Allstate Will Make
1. Allstate will pay up to $200 for loss of clothing and personal luggage, including its contents, belonging to you or a resident relative while it is in or upon your insured auto. This provision does not apply if the insured auto is a travel-trailer.

   This coverage applies only when:
   a) the loss is caused by collision and you have purchased collision insurance.
   b) the entire auto is stolen, and you have purchased comprehensive insurance.
   c) physical damage is done to the auto and to the clothing and luggage caused by earthquake, explosion, falling objects, fire, lightning, or flood and you have purchased comprehensive insurance.

2. Allstate will repay you up to $10 for the cost of transportation from the place of theft of your

Page 19

## Allstate Insurance Company

insured auto or disablement of the auto to your destination, if
a) the entire auto is stolen and you have comprehensive coverage under this policy.
b) the auto is disabled by a collision or comprehensive loss, and you have the coverage under this policy applicable to the loss.

This provision does not apply if the insured auto is a travel trailer.

3. If you have comprehensive insurance under this policy, Allstate will repay up to $10 a day but not more than $300 for each loss for the cost of transportation when the entire auto is stolen. This coverage begins 48 hours after you report the theft to us, but ends when we offer settlement or your auto is returned to use.

4. If you have purchased collision or comprehensive insurance under this policy, Allstate will pay general average and salvage charges imposed when your insured auto is being transported.

### Insured Autos

1. Any auto described on the Policy Declarations. This includes the four wheel private passenger auto or utility auto you replace it with if you notify Allstate within 30 days of the replacement and pay the additional premium. Coverage will not continue after 30 days if we are not notified of the replacement auto.

2. An additional four wheel private passenger auto or utility auto you acquire ownership of during the policy period will be covered for 30 days immediately after you become the owner.

   However, we will provide this coverage only if Allstate or one of its affiliates insure all other private passenger autos or utility autos you own, and you pay the additional premium. Coverage will be continued beyond this 30 day period only if:
   a) you ask us to continue coverage within 30 days after you acquire the auto or utility auto you;
   b) we agree to continue coverage for this additional auto or utility auto;

c) you pay the additional premium.

3. A substitute four wheel private passenger auto or utility auto, not owned by you or a resident, temporarily used with the permission of the owner while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

4. A non-owned four wheel private passenger auto, a utility auto, a motor home or travel-trailer used by you or a resident relative with the owner's permission. These vehicles must not be available or furnished for the regular use of you or any resident.

5. A trailer while attached to an insured auto. This trailer must be designed for use with a private passenger auto. This trailer can't be used for business purposes with other than a private passenger auto or utility auto. Home, office, store, display, or passenger trailers, travel-trailers or camper units are not covered unless described on the Policy Declarations.

### Definitions

1. "Allstate", "We", "Us", or "Our"—means the company as indicated on the Policy Declarations.

2. "Auto"—means a land motor vehicle designed for use on public roads.

3. "Camper Unit"—means a demountable unit designed to be used as temporary living quarters, including all equipment and accessories built into and forming a permanent part of the unit. A camper unit does not include:
   a) caps, tops, or canopies designed for use as protection of the cargo area of a utility auto; or
   b) radio or television antennas, awnings, cabanas, or equipment designed to create additional off highway living facilities.

4. "Motor Home"—means a self-propelled vehicle equipped, designed or used as a living quarters.

5. "Resident"—means a person who physically resides in your household with the intention of continuing residence there. Your unmarried

AUTO 1110000A13122C0007373023



41

# Allstate Insurance Company

dependent children while temporarily away from home will be considered residents if they intend to resume residing in your household.

6. "Sound System"—means any device within the insured auto designed for:
   a) voice, video or radar signal reception; or
   b) recording or playing back recorded material; or
   c) supplying power to cellular or similar equipment,

   and which is installed in a location other than the one designed by the auto's manufacturer for that device.

7. "Travel-trailer"—means a trailer of the house, cabin, or camping type equipped or used as a living quarters.

8. "Utility Auto"—means an auto of the pick-up body, sedan delivery or panel truck type. This auto must have a rated load capacity of not more than 2,000 pounds.

9. "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered
These coverages don't apply to:
1. loss caused intentionally by, or at the direction of, an insured person.

2. any auto used for the transportation of people or property for a fee. This exclusion does not apply to shared-expense car pools.

3. any damage or loss resulting from any act of war, insurrection, rebellion or revolution.

4. loss to any non-owned auto used in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of autos.

5. loss due to radioactive contamination.

6. damage resulting from wear and tear, freezing, mechanical or electrical breakdown unless the damage is the burning of wiring used to connect electrical components, or the result of other loss covered by this policy.

7. tires unless stolen or damaged by fire, malicious mischief or vandalism. Coverage is provided if the damage to tires occurs at the same time and from the same cause as other loss covered by this policy.

8. loss to any sound system within your auto.

   Coverages under this Part also will not apply to any apparatus in or on the auto designed for use with that system.

   This exclusion will not apply if you have purchased Coverage ZA.

9. loss to any tapes or similar items, unless you have Coverage ZZ under this policy.

10. loss to a camper unit whether or not mounted. This exclusion will not apply if the camper unit is described on the Policy Declarations.

11. loss to appliances, furniture, equipment and accessories that are not built into or forming a permanent part of a motor home or travel-trailer.

12. loss to your motor home or your travel-trailer while rented to anyone else unless a specific premium is shown on the Policy Declarations for the rented vehicle.

## Right To Appraisal
Both you and Allstate have a right to demand an appraisal of the loss. Each will appoint and pay a qualified appraiser. Other appraisal expenses will be shared equally. The two appraisers, or a judge of a court of record, will choose an umpire. Each appraiser will state the actual cash value and the amount of loss. If they disagree, they'll submit their differences to the umpire. A written decision by any two of these three persons will determine the amount of the loss.

## Payment Of Loss By Allstate
Allstate may pay for the loss in money, or may repair or replace the damaged or stolen property at our option. We may, at any time before the loss is paid or the property is replaced, return at our own expense any stolen property, either to you or at our option to the address shown on the Policy Declarations, with payment for any resulting damage. We may take all or part of the property at

Page 21

# Allstate Insurance Company

the agreed or appraised value. We may settle any claim or loss either with you or the owner of the property.

If a loss or damage occurs which may require repair of the insured auto or replacement of any part(s) while the auto is in Mexican territory, the basis for adjustment of the claim will be as follows:

The repair or replacement costs will not exceed the cost of having the repairs or replacement made at the nearest point in the United States where the repairs or replacements can be made. The cost for towing, transportation and salvage operations of the auto while within Mexican territory are not covered under this policy.

## Limits Of Liability

Allstate's limit of liability is the actual cash value of the property or damaged part of the property at the time of loss. The actual cash value will be reduced by the deductible for each coverage as shown on the Policy Declarations. However, our liability will not exceed what it would cost to repair or replace the property or part with other of like kind and quality. The limit for loss to any covered trailer not described on the Policy Declarations is $500.

An auto and attached trailer are considered separate autos, and you must pay the deductible, if any, on each. Only one deductible will apply to an auto with a mounted camper unit. If unmounted, a separate deductible will apply to the auto and camper unit.

The limit for loss to any non-owned motor home or travel-trailer is $10,000.

## If There Is Other Insurance

If there is other insurance covering the loss at the time of the accident, we will pay only our share of any damages. Our share is determined by adding the limits of this insurance to the limits of all other insurance that applies on the same basis and finding the percentage of the total that our limits represent.

When this insurance covers a substitute auto or non-owned auto, we will pay only after all other collectible insurance has been exhausted.

When this insurance covers a replacement auto or additional auto, this policy won't apply if you have other collectible insurance.

If more than one policy applies on an excess basis, we will bear our proportionate share with other collectible excess insurance.

When more than one coverage is applicable to the loss, you may recover under the broadest coverage but not both. However, any Coverage ZA deductible will always apply.

## Action Against Allstate

No one may sue us under this coverage unless there is full compliance with all the policy terms.

## Subrogation Rights

When we pay, your rights of recovery from anyone else become ours up to the amount we have paid. You must protect these rights and help us enforce them.

## What You Must Do If There Is A Loss

1.  As soon as possible, any person making claim must give us written proof of loss. It must include all details reasonably required by us. We have the right to inspect the damaged property. We may require any person making claim to file with us a sworn proof of loss. We may also require that person to submit to examinations under oath.

2.  Protect the auto from further loss. We will pay reasonable expenses to guard against further loss. If you don't protect the auto, further loss is not covered.

3.  Report all theft losses promptly to the police.

IN WITNESS WHEREOF, Allstate has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and, if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of Allstate.

Secretary

President, Personal Lines

AUTO 1 000GA131226G00737373024

Page 22

43

## Allstate Indemnity Company

Policy Number : 9 34 843003 12/25      Your Agent:   David Petri  (619) 588-5677
Policy Effective Date: Dec. 25, 2013

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## California
## Amendatory Endorsement — AU2250-7

I.    In the General provisions, the following changes are made:

A.   The following provisions are added:

**Fraud**
This policy will not apply to any claim in which an insured person has concealed or misrepresented any material fact or circumstance.

**What Law Will Apply**
This policy is issued in accordance with the laws of California and covers property or risks principally located in California. Subject to the following paragraph, any and all claims or disputes in any way related to this policy shall be governed by the laws of California.

If a covered loss to the auto, a covered auto accident, or any other occurrence for which coverage applies under this policy happens outside California, claims or disputes regarding that covered loss to the auto, covered auto accident, or other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss to the auto, covered auto accident, or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

**Where Lawsuits May Be Brought**
Subject to the following two paragraphs, any and all lawsuits in any way related to this policy shall be brought, heard, and decided only in a state or federal court located in California. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy or involved in any other way with this policy, shall be brought, heard, and decided only in a state or federal court located in California, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to the auto, a covered auto accident, or any other occurrence for which coverage applies under this policy happens outside California, lawsuits regarding that covered loss to the auto, covered auto accident, or other covered occurrence may also be brought in the judicial district where that covered loss to the auto, covered auto accident, or other covered occurrence happened.

Nothing in this provision, Where Lawsuits May Be Brought, shall impair any party's right to remove a state court lawsuit to a federal court.

B.   The Non Renewal provision is replaced by the following:

**Non Renewal**
If we don't intend to continue the policy beyond the current policy period, we will mail you notice at least 30 days before the end of the policy period.

C.   The Cancellation provision is replaced by the following:

AUTO *11000041312130C0C0737S023*

Page 1

# Allstate Indemnity Company

Policy Number : 9 34 843003 12/25      Your Agent:   David Petri  (619) 588-5677
Policy Effective Date: Dec. 25, 2013

**Cancellation**
You may cancel this policy by informing us of the future date you wish to stop coverage.

Allstate may cancel part or all of this policy by mailing notice to you at your last known address. If we cancel because you didn't pay the premium, cancellation will be at least 10 days after the date of mailing. If we cancel for any reason other than non-payment of premium, we will give you notice as follows:

1. During the first 59 days the original policy is in effect, we will give you at least 10 days notice of cancellation.

2. After the first 59 days, we will mail you at least 20 days notice of cancellation.

Proof of mailing the notice will be proof of notice.

If the policy is cancelled at your request prior to the first renewal, your return premium, if any, will be calculated at 90% of the pro rata unearned premium for the current policy period.

If the policy is cancelled at your request after the first renewal, or if the policy is cancelled at our request at any time, your return premium, if any, will be calculated on a pro rata basis.

Cancellation will be effective even if the refund is not made immediately.

After your original policy has been in effect 59 days, Allstate won't cancel or reduce your coverage during the policy period unless:

1. you don't pay the premium when it's due;.

2. there has been fraud or material misrepresentation affecting the policy or the insured; or

3. there has been a substantial increase in the hazard insured against.

II.  In Part I, Automobile Liability Insurance, Bodily Injury —Coverage AA and Property Damage —Coverage BB, the following changes are made:

A.  The Insuring Agreement provision is replaced by the following:.

**Insuring Agreement**
Allstate will pay those damages an insured person is legally obligated to pay because of:

1. bodily injury sustained by any person; and

2. damage to, or destruction of property.

Under these coverages, your policy protects an insured person from liability for damage arising out of the ownership, maintenance or use, loading or unloading of an insured auto. Payments will be made only for damages resulting from covered bodily injury and/or property damage.

We will defend an insured person sued for damages which are covered by this policy even if the suit is groundless or false. We will choose the counsel. We may settle any claim or suit if we believe it is proper. We will not defend an insured person sued for damages which are not covered by this policy.

B.  The Insured Persons provision is replaced by the following:

**Insured Persons**
1. With respect to your insured auto:
   a). you;

Page 2

# Allstate Indemnity Company

Policy Number : 9 34 843003 12/25       Your Agent:   David Petri  (619) 588-5677
Policy Effective Date: Dec. 25, 2013

      b)  any resident; and
      c)  any other person using it with your permission.

2. With respect to a non-owned auto:
    a)  you; and
    b)  any resident relative using a four-wheel private passenger auto or utility auto.

3. Any other person or organization liable for the use of an insured auto if the auto is not owned or hired by the person or organization, provided the use is by an insured person under 1. or 2. above and then only for that person's acts or omissions.

C. In the Insured Autos provision, item 4. is replaced with the following:

    4. A non-owned auto used by you or a resident relative with the owner's permission. This auto must not be owned by or available or furnished for the regular use of you or a resident relative.

D. In the Definitions provision, item 6., is replaced by the following:

    6. "You" or "Your" —means the policyholder named on the Policy Declarations and:
      a)  that policyholder's resident spouse; or
      b)  a party who has established with that policyholder a registered domestic partnership under California state law if a resident of the same household.

E. In the Exclusions —What is not covered provision, items 6. and 8. are replaced by the following:

    6. bodily injury to an insured person or bodily injury to an insured person whenever the ultimate benefits of that indemnification accrue directly or indirectly to an insured person. This exclusion applies only to you and resident relatives.

    8. bodily injury or property damage which may reasonably be expected to result from the intentional or criminal acts of the insured person or which are in fact intended by the insured person.

F. In the Exclusions —What is not covered provision, item 10. is added:

    10. bodily injury or property damage arising out of the participation in any prearranged, organized, or spontaneous: racing contest; speed contest; or
    use of an auto at a track or course designed or used for racing or high performance driving, or in practice or preparation for any contest or use of this type.

G. The following provision is added:

**Child Passenger Restraint System**
Allstate will pay for the replacement of a child passenger restraint system in use by a child at the time of an accident for which coverage under this Part is applicable due to the liability of an insured person. The child passenger restraint system must meet applicable federal motor vehicle safety standards.

III. In Part II, Automobile Medical Payments —Coverage CC, the following changes are made:

A. The Insuring Agreement provision is replaced by the following:

**Insuring Agreement**
Allstate will pay to or on behalf of an insured person all reasonable expenses the insured person becomes legally obligated to pay for necessary medical treatment, medical services or medical products actually provided to the insured person. Covered expenses may include ambulance, hospital, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, pharmaceutical, eyeglasses,

AUTO  110000113122600003373020

# Allstate Indemnity Company

Policy Number : 9 34 843003 12/25          Your Agent:   David Petri  (619) 588-5677
Policy Effective Date: Dec. 25, 2013

hearing aids, funeral service expenses, and professional nursing services. Payments will be made only when such expenses relate to bodily injury caused by an auto accident.

The treatment, services, or products must be rendered within one year after the accident. This will be extended to five years if the amount of insurance shown on the Policy Declarations for this coverage is more than $5,000.

This coverage does not apply to any person to the extent that the treatment is covered under any worker's compensation law.

B.  In the Definitions provision, item 6, is replaced by the following:

    6.  "You" or "Your" —means the policyholder named on the Policy Declarations and:
        a)  that policyholder's resident spouse; or
        b)  a party who has established with that policyholder a registered domestic partnership under California state law if a resident of the same household.

C.  In the Exclusions — What is not covered provision, item 6. is added:

    6.  any person arising out of the participation in any prearranged, organized, or spontaneous:
        a)  racing contest;
        b)  speed contest; or
        c)  use of an auto at a track or course designed or used for racing or high performance driving, or in practice or preparation for any contest or use of this type.

D.  The following provision is added:

    Our Right To Recover Payment
    When we pay any person under this coverage:

    1.  we are entitled to reimbursement for amounts paid by us from the proceeds of any settlement or judgment the person recovers from a legally liable party or the party's insurer.

    2.  all rights of recovery against any legally liable party or the party's insurer must be maintained and preserved for our benefit.

IV.  In Part III, Coordinated Medical Protection — Coverage CX, the following changes are made:

A.  In the Definitions provision, item 7., is replaced by the following:

    7.  "You" or "Your" —means the policyholder named on the Policy Declarations and:
        a)  that policyholder's resident spouse; or
        b)  a party who has established with that policyholder a registered domestic partnership under California state law if a resident of the same household.

B.  In the Exclusions — What is not covered provision, item 6. is added:

    6.  any person arising out of the participation in any prearranged, organized, or spontaneous:
        a)  racing contest;
        b)  speed contest; or
        c)  use of an auto at a track or course designed or used for racing or high performance driving, or in practice or preparation for any contest or use of this type..

C.  The following provision is added:

    "Our Right To Recover Payment

Page 4

47

# Allstate Indemnity Company

Policy Number : 9 34 843003 12/25 ·     Your Agent:  David Petri  (619) 588-5677
Policy Effective Date: Dec. 25, 2013

When we pay any person under this coverage:

1.   we are entitled to reimbursement for amounts paid by us from the proceeds of any settlement or judgment the person recovers from a legally liable party or the party's insurer.

2.   all rights of recovery against any legally liable party or the party's insurer must be maintained and preserved for our benefit.

V.   In Part IV, Automobile Death Indemnity Insurance — Coverage CM, under the Exclusions — What is not covered provision, item 5. is added:

5.   to any person arising out of the participation in any prearranged, organized, or spontaneous:
a)   racing contest;
b)   speed contest; or
c)   use of an auto at a track or course designed or used for racing or high performance driving, or in practice or preparation for any contest or use of this type.

VI.   In Part V, Automobile Disability Income Protection — Coverage CW, under the Exclusions — What is not covered provision, item 5. is added:

5.   arising out of the participation in any prearranged, organized, or spontaneous:
a)   racing contest;
b)   speed contest; or
c)   use of an auto at a track or course designed or used for racing or high performance driving, or in practice or preparation for any contest or use of this type.

VII.   In Part VI; Uninsured Motorists Insurance — Coverage SS, the following changes are made:

A.   In the An uninsured auto is provision, items 2. and 4. are replaced by the following:

2.   a motor vehicle for which the insurer denies coverage, becomes insolvent within one year of the accident, or refuses to admit coverage except conditionally or with reservation.

4.   an underinsured motor vehicle which has a bodily injury liability bond or bodily injury liability insurance in effect at the time of the accident, but in an amount less than the applicable bodily injury limit of liability for Uninsured Motorists Bodily Injury coverage shown on your Policy Declarations.

B.   In the An uninsured auto is not provision, item 3. is replaced by the following:

3.   a motor vehicle insured for bodily injury under Part I of this policy. However, this does not apply when the insured is in, on, getting into or out of or when struck and injured by a motor vehicle owned by the insured while it is being operated or caused to be operated by a person without the insured's consent in connection with criminal activity that is documented in a police report and in which the insured is not involved.

C.   In the Definitions provision, the following is amended:

1.   item 4. is replaced by the following:

4.   Property damage means damage to or destruction of the insured auto, but does not include:
a)   loss of use of the insured auto;
b)   damage caused by an underinsured motor vehicle; or

AUTO ·110000413122SG0007373027·

Page 5

48

# Allstate Indemnity Company

Policy Number : 9 34 843003 12/25   Your Agent:   David Petri  (619) 588-5677
Policy Effective Date: Dec. 25, 2013

  c) damage to personal property contained in the insured auto other than a child passenger restraint system that was damaged or was in use by a child in the insured auto at the time of an accident to which Uninsured Motorists Insurance - Property Damage is applicable. The child passenger restraint system must meet federal motor vehicle safety standards.

 2. Item 6. is replaced by the following:

  6. "You" or "Your" – means the policyholder named on the Policy Declarations and:
   a) that policyholder's resident spouse; or
   b) a party who has established with that policyholder a registered domestic partnership under California state law if a resident of the same household.

D. In the Exclusions – What is not covered provision, item 2. is replaced by the following:

 2. **bodily injury** or **property damage** sustained while in, on, getting into or out of or when struck by a **motor vehicle** which is owned by **you** or a resident relative and is not an insured auto under this policy. However, this exclusion does not apply when the insured is in, on, getting into or out of or when struck and injured by a **motor vehicle** owned by the insured while it is being operated or caused to be operated by a person without the insured's consent in connection with criminal activity that is documented in a police report and in which the insured is not involved.

E. In the Exclusions – What is not covered provision, item 5. is added:

 5. **bodily injury** or **property damage** arising out of the participation in any prearranged, organized, or spontaneous:
  a) racing contest;
  b) speed contest; or
  c) use of an **auto** at a track or course designed or used for racing or high performance driving, or in practice or preparation for any contest or use of this type.

F. In the Limits Of Liability provision, items 4. and 5. are replaced by the following:

 4. Any loss payable under Coverage SS will be reduced by:
  a) all amounts payable under the bodily injury liability coverage provided by this policy;
  b) all amounts payable under any workers' compensation law; and
  c) all amounts paid by the owner or operator of the underinsured **motor vehicle** or the insurer of the owner or operator.

 5. Damages payable will be reduced by any amount paid or due under this or any other automobile policy for:
  a) medical payments coverage; or
  b) coordinated medical payments coverage; or
  c) any similar medical payments insurance.

G. The Action Against Allstate provision is replaced by the following:

**Action Against Allstate**
No legal action can be brought against us under this coverage unless there is full compliance with all the policy terms.

Legal action can be brought against us under this coverage if within two years from the date of the accident.

Page 6

49

# Allstate Indemnity Company

Policy Number : 9 34 843003 12/25        Your Agent:   David Petri  (619) 588-5677
Policy Effective Date: Dec. 25, 2013

    1.  suit for bodily injury has been filed against the uninsured motorist in a court of competent jurisdiction; or

    2.  agreement as to the amount due under this coverage has been concluded; or

    3.  formal arbitration proceedings have been instituted and notice provided us.

If a suit has been filed against the uninsured motorist, the insured person must provide us notice of the suit. The notice must be in writing and be provided within a reasonable time after the insured knew or should have known the motorist was uninsured. If we are prejudiced by a failure to give notice the claim will be denied.

H.  The **If We Cannot Agree** provision is replaced by the following:

**If We Cannot Agree**

If you and we disagree on your right to receive any damages or on the amount of damages, then upon written request of either party, the disagreement will be settled by a single neutral arbitrator.

If arbitration is used, any arbitration award will be binding up to your policy limits and may be entered as a judgment in a proper court. All expenses of arbitration will be shared equally. However, attorney fees and fees paid to medical or other expert witnesses are not considered arbitration expenses and are to be paid by the party incurring them.

No cause of action shall exist against either you or **Allstate** as a result of exercising the right to request arbitration of a claim.

VIII.  In **Part VII, Protection Against Loss To The Auto**, the following changes are made:

A.  The **Coverage DD — Auto Collision Insurance** provision is replaced by the following:

**Allstate** will pay for direct and accidental loss to your insured **auto** or a non-owned auto (including insured loss to an attached trailer) from a collision with another object or by upset of that **auto** or trailer. The deductible amount won't be subtracted from the loss payment in collisions involving your insured auto and another **auto** insured by us. In addition, **Allstate** will pay for the replacement of a child passenger restraint system in use by a child in the insured **auto** at the time of a collision. The child passenger restraint system must meet applicable federal motor vehicle safety standards.

B.  The **Waiver Of Collision Coverage Deductible Option** provision is replaced by the following:

**Waiver Of Collision Coverage Deductible Option**
The following applies only when the Policy Declarations indicate the Waiver of Collision Coverage Deductible Option:
The Auto Collision Insurance deductible will be waived if:

    1.  the damage is caused by direct physical contact between an uninsured **auto** as defined in **Part VI — Uninsured Motorists Insurance** of the policy, and a vehicle owned by you which is insured for Auto Collision Insurance under this policy; and

    2.  the owner or operator of the uninsured auto has been identified or the vehicle itself has been identified by its license number; and

    3.  we have been notified of the accident within 10 business days of the accident.

The Auto Collision Insurance deductible will not be waived when the damage is caused by an Underinsured motor vehicle as defined in **Part VI — Uninsured Motorists Insurance** of this policy.

## Allstate Indemnity Company

Policy Number : 9 34 843003 12/25        Your Agent:   David Petri  (619) 588-5677
Policy Effective Date: Dec. 25, 2013

C.   The **Coverage UU — Rental Reimbursement Coverage** provision is replaced by the following:

**Coverage UU**
**Rental Reimbursement Coverage**
If you have collision or comprehensive coverage under this policy and the loss involves either coverage, **Allstate** will reimburse you for your cost of renting an auto from a rental agency or garage. We will not pay more than the dollar amount per day shown on the Policy Declarations. We won't pay mileage or fuel charges. We won't pay for collision damage waiver insurance charges.

If your insured auto is stolen, payment for transportation expenses will be made under the terms of paragraph 3 of **Additional Payments Allstate Will Make**. However, the limits for this coverage will apply if they exceed the limits stated under **Additional Payments Allstate Will Make.**

If your insured auto is disabled by a collision or comprehensive loss, coverage starts the day of the loss. If it is drivable, coverage starts the day the auto is taken to a garage for repairs.

Coverage ends when whichever of the following occurs first:
1.   if the auto is disabled by a collision or comprehensive loss, upon completion of the repairs, when we offer settlement on a total loss, or upon replacement of the auto;

2.   if the auto is stolen, when we offer settlement or when your auto is returned to use; or

3.   after thirty full days of coverage.

D.   In the **Definitions** provision, the following is amended:

1.   Item 9. is replaced by the following:

9.   **"You" or "Your"** — means the policyholder named on the Policy Declarations and:
    a)   that policyholder's resident spouse; or

    b)   a party who has established with that policyholder a registered domestic partnership under California state law if a resident of the same household.

2.   Item 10. is added:

10.   **Custom parts or equipment** means equipment, devices, accessories, enhancements, and changes, other than those offered by the manufacturer of the auto specifically for that model, or installed by the dealership of the auto when new as part of the original sale, which alter the appearance or performance of an auto. This does not include items covered under Sound System Coverage.

E.   In the **Exclusions — What is not covered** provision, item 1. is replaced by the following:

1.   loss which may reasonably be expected to result from the intentional or criminal acts of an insured person or which is in fact intended by an insured person.

F.   In the **Exclusions — What is not covered** provision, items 13., 14., and 15. are added:

13.   loss to any auto due to confiscation by any government authority.

14.   loss or damage arising out of the participation in a prearranged, organized, or spontaneous:
    a)   racing contest;
    b)   speed contest; or

Page 8

51

# Allstate Indemnity Company

Policy Number : 9 34 843003 12/25      Your Agent:   David Petri  (619) 588-5677
Policy Effective Date: Dec. 25, 2013

       c).  use of an auto at a track or course designed or used for racing or high performance driving;
or in practice or preparation for any contest or use of this type.

  15.  loss to any custom parts or equipment designed for racing which is installed in your insured auto.
This includes, but is not limited to, nitrous oxide systems, roll cages, and air intake modifications.

G.,  The Limits Of Liability provision is replaced by the following:

. Limits Of Liability
Allstate's limit of liability is the least of:

1.  the actual cash value of the property or damaged part of the property at the time of loss, which
may include a deduction for depreciation; or

.2.  the cost to repair or replace the property or part to its physical condition at the time of loss using
parts produced by or for the vehicle's manufacturer, or parts from other sources, including, but not
limited to, non-original equipment manufacturers, subject to applicable state laws and regulations;
or

3.  $500, if the loss is to a covered trailer not described on the Policy Declarations.

Any applicable deductible amount is then subtracted.

If Allstate, at its option, elects to pay for the cost to repair or replace the property or part, Allstate's
liability does not include any decrease in the property's value, however measured, resulting from the
loss and/or repair or replacement. If repair or replacement results in the betterment of the property or
part, you may be responsible, subject to applicable state laws and regulations, for the amount of the
betterment.

The maximum Allstate will pay for loss to any custom parts or equipment is $1000, unless otherwise
excluded.

An auto and attached trailer are considered separate autos, and you must pay the deductible, if any, on
each. Only one deductible will apply to an auto with a mounted camper unit. If unmounted, a separate
deductible will apply to the auto and camper unit.

When more than one coverage is applicable to the loss, you may recover under the broadest coverage
but not both. However, any Sound System Coverage deductible will always apply.

The limit for loss to any non-owned motor home or travel-trailer is $10,000.

.H.  The following provision is added:

### California Mandatory Vehicle Inspection for Physical Damage Coverage

You must notify Allstate immediately when you acquire an additional or replacement auto you wish to
insure for collision or comprehensive coverage under this policy.

.Allstate or our authorized representative has the right to inspect any auto insured or intended to be
insured under this policy before collision or comprehensive coverage becomes effective.

When an inspection is required by us, you must cooperate and make the auto available for the
inspection.

When a required inspection is not completed within the time period specified, collision and
comprehensive coverages applying to the uninspected auto will be restricted (coverage will be limited
to the lienholder's interest) or suspended (coverage will not be afforded if no lienholder) effective 12:01

AUTO  110000113123000073130291



# Allstate Indemnity Company

Policy Number : 9 34 843003 12/25         Your Agent:   David Petri  (619) 588-5677
Policy Effective Date: Dec. 25, 2013

A.M. of the day following the date specified for completion of the inspection. Coverage will be restored as of the date and hour of the inspection as evidenced by the Automobile Inspection Report.

I.   The following provision is added:

**Loss Payable Clause**

If a Lienholder and/or Lessor is shown on the Policy Declarations, we may pay loss or damage under this policy to you and the Lienholder and/or Lessor as its interest may appear, except:

1. Where fraud, misrepresentation, material omission, or intentional damage has been committed by or at the direction of you.

2. When the vehicle(s) is intentionally damaged, destroyed or concealed by or at the direction of you or any owner.

3. When you or any owner makes fraudulent statement(s) or engages in fraudulent conduct in connection with any accident or loss for which coverage is sought.

The Lienholder and/or Lessor must notify us of any change in ownership or hazard that is known.

If you or any owner fails to render proof of loss within the time granted in the policy, the Lienholder and/or Lessor must do so within sixty days in the form and manner described in the policy. The Lienholder and/or Lessor are subject to the provisions of the policy relating to appraisal, time of payment and bringing suit.

We may cancel this policy according to its terms. We will notify the Lienholder and/or Lessor at least ten days prior to the date of cancellation that the cancellation is effective as to the interest of the Lienholder and/or Lessor.

Whenever we pay the Lienholder and/or Lessor any sum for loss or damage under this policy, we will be subrogated to the extent of payment to the rights of the party to whom payment was made. However, these subrogation provisions must in no way impair the rights of the Lienholder and/or Lessor to recover the full amount of its claim from the insured.

The Lienholder and/or Lessor has no greater rights under the provisions of the policy than the insured.

All other policy terms and conditions apply.

Page 10

## Allstate Indemnity Company

**Policy Number: 9 34 843003 12/25      Your Agent:   David Petri  (619) 588-5677**
**Policy Effective Date: Dec. 25, 2013**

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Allstate Amendment of Policy Provisions — AU2285

This endorsement amends all of the following Allstate Insurance Company policies: Automobile, Motorcycle, and Motorhome. This endorsement is in addition to all other endorsements which apply to these policies.

It is agreed that the following provision is added to the General Provisions:

A.   The following replaces the provision titled **Where And When The Policy Applies**:

Your policy applies only during the policy period. During this time, it applies to losses to the **auto**, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

If we offer to renew your policy and your required premium payment isn't received when due, you will have rejected our renewal offer. This means that the insurance coverage described in the renewal offer and any endorsements to the renewal offer will not become effective.

B.   The following replaces the provision titled **Termination**:

If we offer to renew your policy and your required premium payment isn't received when due, you will have rejected our renewal offer. This means that the insurance coverage described in the renewal offer and any endorsements to the renewal offer will not become effective.

C.   The following provision is added:

**Conditional Reinstatement**
If we mail a cancellation notice because you didn't pay the required premium when due and you then tender payment by check, draft, or other remittance which is not honored upon presentation, your policy will terminate on the date and time shown on the cancellation notice and any notice we issue which waives the cancellation or reinstates coverage is void. This means that Allstate will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

D.   Under the provision titled **Cancellation**, the following is added:

Any unearned premium amounts under $2.00 will be refunded only upon your request.

AUTO 110000013123600073730SO

54

*√ very*
*evidence*

 **Allstate.**
You're in good hands.

*DOL - 12/31/15*

Information as of November 2, 2015

David Petri
5680 Lake Murray #C
LA Mesa CA 91942

Policyholder(s)                    Page 1 of 2
**Stefanie Becerra Apt 4**

Policy number
| 934 843 003 |

Your Allstate agency is.
**David Petri**
(619) 588-5677
dpetri@allstate.com

STEFANIE BECERRA
APT 4
1118 E LEXINGTON AVE UNIT 4
EL CAJON CA 92019-2176

## Thank you for being a loyal Allstate customer—we're happy to have you with us!

Here's your automobile insurance renewal offer for the next six months. We've also included a guide to what's in this package and answers to some common questions.

### Renewing your policy is easy

Keep an eye out for your bill, which should arrive in a couple weeks. Just send your payment by the due date on your bill.

If you're enrolled in the Allstate® Easy Pay Plan, you won't receive a bill—we'll send you a statement with your payment withdrawal schedule.

### How to contact us

Give your Allstate Agent a call at (619) 588-5677 if you have any questions. It's our job to make sure you're in good hands.

(ed. 2)

Sincerely,

*Steven P Sorenson*

Steven P. Sorenson
President, Allstate Northbrook Indemnity Company

Agent License Number:
0F14908

RA719-1



55

Policy number:    **934 843 003**                                  Page 2 of 2
Policy effective date:  December 25, 2015
Your Allstate agency is  David Petri
                               (619) 588-5677

## Your Insurance Coverage Checklist

We're happy to have you as an Allstate customer! This checklist outlines what's in this package and provides answers to some basic questions, as well as any "next steps" you may need to take.

☐ **What's in this package?**
See the guide below for the documents that are included. *Next steps:* review your *Policy Declarations* to confirm you have the coverages, coverage limits, premiums and savings that you requested and expected. Read any *Endorsements* or *Important Notices* to learn about new policy changes, topics of special interest, as well as required communications. Keep all of these documents with your other important insurance papers.

☐ **Am I getting all the discounts I should?**
Confirm with your Allstate Agent that you're benefiting from all the discounts you're eligible to receive.

☐ **What about my bill?**
Unless you've already paid your premium in full, we'll send your bill separately. *Next steps:* please pay the minimum amount by the due date listed on it.

You can also pay your bill online at allstate.com or by calling 1-800-ALLSTATE (1-800-255-7828). Para español, llamar al 1-800-979-4285. If you're enrolled in the Allstate® Easy Pay Plan, we'll send you a statement detailing your payment withdrawal schedule.

☐ **What if I have questions?**
You can either contact your Allstate Agent or call us 24/7 at 1-800-ALLSTATE (1-800-255-7828) – para español, llamar al 1-800-979-4285 – with questions about your coverage, or to update your coverages, limits, or deductibles. Or visit us online at allstate.com.

## A guide to your renewal package

   

**Proof of Insurance ID Cards**
Your insurance cards are legally required, so please keep them in your vehicle at all times.

**Policy Declarations***
The Policy Declarations lists policy details, such as your specific drivers, vehicles and coverages.

**Important Notices**
We use these notices to call attention to particularly important coverages, policy changes and discounts.

**Insurance Made Simple**
Insurance seem complicated? Our online guides explain coverage terms and features:
www.allstate.com/ madesimple Espanol.allstate.com /facildeentender

*** To make it easier to see where you may have gaps in your protection, we've highlighted any coverages you do not have in the *Coverage Detail* section in the enclosed *Policy Declarations*.**

X2IOIO 064
1S1IO2AO07528
110002OAOO7528X2CAO0O15I1O2O3IO42OO25310OO1OIOO19O48

Policy number:            **934 843 003**
Policy effective date:    December 25, 2015
Your Allstate agency is   David Petri
                          (619) 588-5677



# Important Privacy Choices For Consumers

**You have the right to control whether we share some of your personal information.**
**Please read the following information carefully before you make your choices below.**

### Your Rights
You have the following rights to restrict the sharing of personal and financial information with our affiliates (companies we own or control) and outside companies that we do business with. Nothing in this form prohibits the sharing of information necessary for us to follow the law, as permitted by law, or to give you the best service on your accounts with us. This includes sending you information about some other products or services.

### Your Choices
**Restrict Information Sharing With Companies We Own or Control (Affiliates):**
Unless you say "No," we may share personal and financial information about you with our affiliated companies.

☐   NO, please do not share personal and financial information with your affiliated companies.

**Restrict Information Sharing With Other Companies We Do Business With To Provide Financial Products And Services:**
Unless you say "No," we may share personal and financial information about you with outside companies we contract with to provide financial products and services to you.

☐   NO, please do not share personal and financial information with outside companies you contract with to provide financial products and services.

### Time Sensitive Reply
You may make your privacy choice(s) at any time. Your choice(s) marked here will remain unless you state otherwise. However, if we do not hear from you we may share some of your information with affiliated companies and other companies with whom we have contracts to provide products and services.

Name: Stefanie Becerra Apt 4

ACCOUNT OR POLICY NUMBER(S): 934 843 003

Signature: _____

      To exercise your choices do one of the following:

      (1)   Call our toll-free number 1-800-856-2518;

      (2)   Fax our toll-free number 1-855-219-7425; or

      (3)   Fill out, sign and send back this form to us using the envelope provided
          (you may want to make a copy for your records).

X73499



Policy number:       **934 843 003**
Policy effective date:   December 25, 2015
Your Allstate agency is   David Petri
                         (619) 588-5677



You're in good hands.

## Privacy Policy Statement

Thank you for choosing Allstate. We value you, respect your privacy and work hard to protect your personal information. This statement is provided on behalf of Allstate Insurance Company and the affiliates ("Allstate") listed at the end of this notice. We would like to explain how we collect, use and share the information we obtain about you in the course of doing business.

### Our Privacy Assurance

- We do **not** sell your personal or medical information to anyone.
- We do **not** share your information with non-affiliate companies that would use it to contact you about their own products and services, unless permitted pursuant to a joint marketing agreement.
- We require persons or organizations that represent or assist us in servicing your policy and claims to keep your information confidential.
- We require our employees to protect your personal information and keep it confidential.

As you can see, protecting your personal information is important to us. In addition to the practices described above, we use a variety of physical, technical and administrative security measures that help to safeguard your information. For Social Security Numbers (SSN), this includes restricting access to our employees, agents and others who use your SSN only as permitted by law: to comply with the law, to provide you with products and services, and to handle your claims. Also, our employees' and agents' access to and use of your SSN are limited by the law, our policies and standards, and our written agreements.

Our privacy practices continue to apply to your information even if you cease to be an Allstate customer.

### What Personal Information Do We Have and Where Do We Get It

We gather personal information from you and from outside sources for business purposes. Some examples of the information we collect from you may include your name, phone number, home and e-mail addresses, driver's license number, social security number, marital status, family member information and healthcare information. Also, we maintain records that include, but are not limited to, policy coverages, premiums, and payment history. We also collect information from outside sources that may include, but is not limited to,

your driving record, claims history, medical information and credit information.

In addition, Allstate and its business partners gather information through Internet activity, which may include, for example, your operating system, links you used to visit allstate.com, web pages you viewed while visiting our site or applications, Internet Protocol (IP) addresses, and cookies. We use cookies, analytics and other technologies to help:
- Evaluate our marketing campaigns
- Analyze how customers use our website and applications
- Develop new services
- Know how many visitors have seen or clicked on our ads

Also, our business partners assist us with monitoring information including, but not limited to, IP addresses, domain names and browser data, which can help us to better understand how visitors use allstate.com.

### How We Use and Share Your Personal Information

In the course of normal business activities, we use and share your personal information. We may provide your information to persons or organizations within and outside of Allstate. This would be done as required or permitted by law. For example, we may do this to:
- Fulfill a transaction you requested or service your policy
- Market our products
- Handle your claim
- Prevent fraud
- Comply with requests from regulatory and law enforcement authorities
- Participate in insurance support organizations

The persons or organizations with whom we may share your personal information may include, among others:
- Your agent, broker or Allstate-affiliated companies
- Companies that perform services, such as marketing, credit card processing, and performing communication services on our behalf
- Business partners that assist us with tracking how visitors use allstate.com.
- Other financial institutions with whom we have a joint marketing agreement
- Other insurance companies that play a role in an insurance transaction with you
- Independent claims adjusters
- A business or businesses that conduct actuarial or research studies
- Those who request information pursuant to a subpoena or court order
- Repair shops and recommended claims vendors



Policy number: **934 843 003**
Policy effective date: December 25, 2015
Your Allstate agency is David Petri
(619) 588-5677

## The Internet and Your Information Security

We use cookies, analytics and other technologies to help us provide users with better service and a more customized web experience. Additionally, our business partners use tracking services, analytics and other technologies to monitor visits to allstate.com. The website may also use Web beacons (also called "clear GIFs" or "pixel tags") in conjunction with cookies. If you prefer, you can choose to not accept cookies by changing the settings on your web browser. Also, if you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement located at the bottom of the allstate.com homepage.

To learn more, the allstate.com Privacy Statement provides information relating to your use of the web site.

This includes, for example, information regarding:

1) how we collect information such as IP address (the number assigned to your computer when you use the Internet), browser and platform types, domain names, access times, referral data, and your activity while using our site;
2) who should use our web site;
3) the security of information over the Internet; and
4) links and co-branded sites.

## How You Can Review and Correct Your Personal Information

You can request to review your personal information contained in our records at any time. To do this, please send a letter to the address below requesting to see your information for the previous two years. If you believe that our information is incomplete or inaccurate, you can request that we correct it. Please note we may not be able to provide information relating to investigations, claims, litigation, and other matters. We will be happy to make corrections whenever possible.

Please send requests to:

Allstate Insurance Company Customer Privacy Inquiries
P.O. Box 40047
Roanoke, VA 24022-0047

## Sharing Personal Information: Privacy Choices for California Customers

Unless you request otherwise, we may share your personal information with one or more Allstate affiliates. We may do this for a number of reasons, including making you aware of the different products, services and offers they can provide. Similarly, unless you request otherwise, we may share your personal information with outside companies with which we have a written agreement to jointly offer you products and services that we believe may be of interest to you.

You have the right to limit some sharing of your personal information by reviewing and completing an "Important Privacy Choices for Consumers" form. We've enclosed this form unless you previously opted to limit some sharing of your personal information. Please keep in mind that regardless of your choices, Allstate may share your personal information with its affiliates, outside companies and other entities to comply with the law, provide you with the best service on your Allstate accounts, or as otherwise permitted by law.

## We Appreciate Your Business

Thank you for choosing Allstate. We understand your concerns about privacy and confidentiality, and we hope this notice has been helpful to you. We value our relationship with you and look forward to keeping you in Good Hands®.

If you have questions or would like more information, please don't hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-ALLSTATE.

We reserve the right to change our Privacy practices, procedures, and terms.

Allstate Insurance Company

Allstate entities on which behalf this notice is provided and amongst which information may be shared:

The Allstate family of companies, LSA Securities, Deerbrook General Agency, Inc., Deerbrook Insurance Company, North Light Specialty Insurance Company, Northbrook Indemnity Company.

Please Note: Allstate affiliates American Heritage Life Insurance Company, Castle Key Insurance Company and Castle Key Indemnity Company participate in information sharing with the affiliates listed above, but have a separate privacy notice for their customers.

(ed. 10/19/2015)

X73497-1v1

X21010064
1S1102A0D7528
1D00202A0D7528X2CA0001S11020310420025310030100190048

## Thank you for choosing Allstate



**Allstate.**
You're in good hands.

## Proof of Insurance Card

For your convenience, two insurance cards have been included for each vehicle. State law requires that one of these cards be kept in each vehicle. Please place them in your vehicles by the effective date.



IDCA

---

**Allstate**
You're in good hands.

*Please use the printed Insurance Cards below.*

---

**Allstate**
You're in good hands.

*Please use the printed Insurance Cards below.*

---

**Allstate**
You're in good hands.

*Please use the printed Insurance Cards below.*

---

**Allstate**
You're in good hands.

*Please use the printed Insurance Cards below.*

---

**California Proof of Auto Insurance Card**

**Allstate**
You're in good hands.

NAIC# 36455

Allstate Northbrook Indemnity Company
1819 Electric Road SW, Roanoke, VA 24018
Stefanie Becerra Apt 4
1118 E Lexington Ave
El Cajon CA 92019-2176

This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER
934 843 003
EFFECTIVE DATE
12/25/15
EXPIRATION DATE
06/25/16

YEAR / MAKE / MODEL
2011 Toy. Truck Rav4
VEHICLE ID NUMBER
JTMWF4DVBBS039267

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**

**Allstate**
You're in good hands.

NAIC# 36455

Allstate Northbrook Indemnity Company
1819 Electric Road SW, Roanoke, VA 24018
Stefanie Becerra Apt 4
1118 E Lexington Ave
El Cajon CA 92019-2176

This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER
934 843 003
EFFECTIVE DATE
12/25/15
EXPIRATION DATE
06/25/16

YEAR / MAKE / MODEL
2011 Toy. Truck Rav4
VEHICLE ID NUMBER
JTMWF4DVBBS039267

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**

**Allstate**
You're in good hands.

NAIC# 36455

Allstate Northbrook Indemnity Company
1819 Electric Road SW, Roanoke, VA 24018
Stefanie Becerra Apt 4
1118 E Lexington Ave
El Cajon CA 92019-2176

This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER
934 843 003
EFFECTIVE DATE
12/25/15
EXPIRATION DATE
06/25/16

YEAR / MAKE / MODEL
2012 Nissan Maxima
VEHICLE ID NUMBER
1N4AA5AP5CC853738

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**

**Allstate**
You're in good hands.

NAIC# 36455

Allstate Northbrook Indemnity Company
1819 Electric Road SW, Roanoke, VA 24018
Stefanie Becerra Apt 4
1118 E Lexington Ave
El Cajon CA 92019-2176

This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER
934 843 003
EFFECTIVE DATE
12/25/15
EXPIRATION DATE
06/25/16

YEAR / MAKE / MODEL
2012 Nissan Maxima
VEHICLE ID NUMBER
1N4AA5AP5CC853738

*This card must be carried in the vehicle at all times as evidence of insurance.*

Policy number:  **934 843 003**                                                                Page 2 of 2
Policy effective date:  December 25, 2015
Your Allstate agency is  David Petri
                         (619) 588-5677

*Please use the printed Insurance Cards below.*    *Please use the printed Insurance Cards below.*

*Please use the printed Insurance Cards below.*    *Please use the printed Insurance Cards below.*

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    David Petri
    (619) 588-5677
    5680 Lake Murray #C
    LA Mesa, CA 91942

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    David Petri
    (619) 588-5677
    5680 Lake Murray #C
    LA Mesa, CA 91942

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    David Petri
    (619) 588-5677
    5680 Lake Murray #C
    LA Mesa, CA 91942

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    David Petri
    (619) 588-5677
    5680 Lake Murray #C
    LA Mesa, CA 91942

X21010064
ISI02AD0752B
II00D20AD07528X2CA0001SII02021043002537004010019049

# Renewal auto policy declarations

Your policy effective date is December 25, 2015



## Allstate
You're in good hands.

Information as of November 2, 2015

## Total Amount Due for the Policy Period

Please review your insured vehicles and verify their VINs are correct.

| Vehicles covered | Identification Number (VIN) | Premium |
|---|---|---|
| 2012 Nissan Maxima | 1N4AA5AP5CC853738 | $533.50 |
| 2011 Toy. Truck Rav4 | JTMWF4DV8B5039267 | 225.62 |
| California Fraud Assessment Fee | | 1.76 |
| **Total\*** | | **$760.88** |

*\*If you pay less than the Pay in Full amount, you will be charged an installment fee(s).*

See the **Important payment and coverage information** section for details about installment fees.

## Discounts (included in your total premium)

| Anti-theft | $4.93 | Good Driver (20%) | $175.28 |
|---|---|---|---|
| Distinguished Driver | $104.88 | | |

| **Total discounts** | **$285.09** |
|---|---|

### Discounts per vehicle

| **2012 Nissan Maxima** | | | **$228.69** |
|---|---|---|---|
| Anti-theft | $4.93 | Good Driver (20%) | $118.88 |
| Distinguished Driver | $104.88 | | |

| **2011 Toy. Truck Rav4** | **$56.40** |
|---|---|
| Good Driver (20%) $56.40 | |

## Surcharge (included in your total premium)

2011 Toy. Truck Rav4
• Minor Violation: 11/05/2012

### Listed drivers on your policy

Stefanie Becerra
Daniel Becerra

### Excluded drivers from your policy

None

## Summary

**Named Insured(s)**
Stefanie Becerra Apt 4
Mailing address
**1118 E Lexington Ave**
**El Cajon CA 92019-2176**
Policy number
934 843 001

Your policy provided by
**Allstate Northbrook Indemnity Company**
Policy period
Beginning **December 25, 2015** through
June 25, 2016 at 12:01 a.m. standard time
Your Allstate agency is
**David Petri**
5680 Lake Murray #C
LA Mesa CA 91942
(619) 588-5677
dpetri@allstate.com

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

CA0108BD



Renewal auto policy declarations
Policy number: 934 843 003
Policy effective date: December 25, 2015
Your Allstate agency is David Petri
(619) 588-5677

Page 2 of 5

## Coverage detail for 2012 Nissan Maxima

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $182.97 |
| Bodily Injury | $25,000 each person $50,000 each occurrence | | |
| Property Damage | $100,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $500 | $206.32 |
| Waiver of deductible applies | | | |
| Auto Comprehensive Insurance | Actual cash value | $500 | $93.78 |
| Rental Reimbursement | up to $30 per day for a maximum of 30 days | Not applicable | $24.56 |
| Towing and Labor Costs | $100 each disablement | Not applicable | $6.36 |
| Uninsured Motorists Insurance for Bodily Injury | $25,000 each person $50,000 each accident | Not applicable | $19.51 |
| Automobile Medical Payments | Not purchased* | | |
| Coordinated Medical Protection | Not purchased* | | |
| Lease/Loan Gap | Not purchased* | | |
| Repair or Replacement Cost Option | Not purchased* | | |
| Sound System | Not purchased* | | |
| Tape | Not purchased* | | |
| Total premium for 2012 Nissan Maxima | | | $533.50 |

*This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

**VIN** 1N4AA5AP5CC853738

**Rating information**
Your premium is determined based on certain information, including the following:
• This vehicle is driven 10-20 miles to work/school, married male licensed 23 years.

Allstate uses mileage information as one factor to help determine your premium amount.

**Important Note:** The annual mileage figure applicable to this vehicle for the expiring policy period was: 9,500 - 9,999. The annual mileage figure applicable to this vehicle for the current policy period is: 10,500 - 10,999.

The required odometer information to calculate your annual mileage for the current policy period was not provided, was illegible, could not be obtained or the most recent odometer reading we received was less than a previous reading.

If any of the information shown above is incorrect, missing or changes in the future, please contact your Allstate representative. Please keep in mind that a change in any of the information may result in an adjustment to your premium.

Renewal auto policy declarations
Policy number:     934 843 003
Policy effective date:    December 25, 2015
Your Allstate agency is    David Petri
                    (619) 588-5677



Page **3** of 5

## Coverage detail for 2011 Toy. Truck Rav4

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $192.92 |
| Bodily Injury | $25,000 each person | | |
| | $50,000 each occurrence | | |
| Property Damage | $100,000 each occurrence | | |
| Auto Collision Insurance | Not purchased* | | |
| Auto Comprehensive Insurance | Not purchased* | | |
| Rental Reimbursement | Not purchased* | | |
| Towing and Labor Costs | Not purchased* | | |
| Uninsured Motorists Insurance | | Not applicable | $32.70 |
| Bodily Injury | $25,000 each person | | |
| | $50,000 each accident | | |
| Property Damage | $3,500 each accident | | |
| Automobile Medical Payments | Not purchased* | | |
| Coordinated Medical Protection | Not purchased* | | |
| Lease/Loan Gap | Not purchased* | | |
| Repair or Replacement Cost Option | Not purchased* | | |
| Sound System | Not purchased* | | |

*(continued)*

CAO100B0



Renewal auto policy declarations                                                                 Page 4 of 5
Policy number:              934 843 003
Policy effective date:      December 25, 2015
Your Allstate agency is     David Petri
                            (619) 588-5677

| Coverage | Limits | Deductible | Premium |
|----------|--------|------------|---------|
| Tape | Not purchased* | | |
| **Total premium for 2011 Toy. Truck Rav4** | | | **$225.62** |

*\* This coverage can provide you with valuable protection. To help you stay
current with your insurance needs, contact your Allstate agent to discuss
coverage options and other products and services that can help protect you.*

**VIN** JTMWF4DV8B5039267

**Rating information**
Your premium is determined based on certain information,
including the following:
* This vehicle is driven 3-9 miles to work/school, separated
  female licensed 25 years.

Allstate uses mileage information as one factor to help determine your premium amount.

**Important Note:** The annual mileage figure applicable to this vehicle for the expiring policy period was: 9,500 - 9,999. The
annual mileage figure applicable to this vehicle for the current policy period is: 10,500 - 10,999.

The following odometer information was used to determine your annual mileage for current policy period:

Odometer Reading: 51,353                 Odometer Reading: 63,330
Date : 07/02/2014                        Date : 08/22/2015

If any of the information shown above is incorrect, missing or changes in the future, please contact your Allstate
representative. Please keep in mind that a change in any of the information may result in an adjustment to your premium.

## Additional coverages

| Coverage | Limits |
|----------|--------|
| Automobile Death Indemnity Insurance | Not purchased* |
| Automobile Disability Income Protection | Not purchased* |
| Identity Theft Expenses | Not purchased* |

*\* This coverage can provide you with valuable protection. To help you stay
current with your insurance needs, contact your Allstate agent to discuss
coverage options and other products and services that can help protect you.*

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.
* Allstate Automobile Policy – AU104-3                    * California Amendatory Endorsement – AU14629-1
* Amendment of Policy Provisions – AU14626-1

CA010BD

Renewal auto policy declarations
Policy number:       934 843 003
Policy effective date:    December 25, 2015
Your Allstate agency is    David Petri
                          (619) 588-5677



You're in good hands.

Page 5 of 5

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Your rate is lower because you are insuring multiple cars.

▶ Your bill will be sent to you in a separate mailing and will list any payment option(s) available to you. If you are eligible to pay your premium in installments, your first bill will reflect your available payment options, including the option to pay in full or to pay in monthly installments. Please note that any amounts payable for the first renewal bill will not include an installment fee (unless you have an unpaid balance from a previous policy period, in which case the Minimum Amount Due will include an installment fee, or unless you are participating in the Allstate Easy Pay Plan). The following applies to installment payments made after your first renewal bill.

If you decide to pay your premium in installments, there will be a $3.50 installment fee charge for each payment due. If you make 6 installment payments during the policy period, and do not change your payment plan method, then the total amount of installment fees during the policy period will be $21.00.

If you are on the Allstate® Easy Pay Plan, there will be a $1.00 installment fee charge for each payment due. If you make 6 installment payments during the policy period, and remain on the Allstate® Easy Pay Plan, then the total amount of installment fees during the policy period will be $6.00.

If you change payment plan methods or make additional payments, your installment fee charge for each payment due and the total amount of installment fees during the policy period may change or even increase.

Please note that the Allstate® Easy Pay Plan allows you to have your insurance payments automatically deducted from your checking or savings account.

---

**Allstate Northbrook Indemnity Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

Steven P. Sorenson
President

Susan L. Lees
Secretary

CA0108BD

## Important notices

Policy number: **934 843 003**
Policy effective date: December 25, 2015
Your Allstate agency is: David Petri
(619) 588-5677



You're in good hands.

Page 1 of 3

## Allstate Has Discounts Available on Your Auto Premium

We have several discounts available to our auto insurance customers. For your information, here is a listing of our discounts, including a brief description of each. (Certain rating information and any discounts that you're currently receiving are shown on the enclosed Policy Declarations.)

**Professionals, Associations and Allstate Motor Club® Discounts**—The following group of discounts for certain professions, associations and Allstate Motor Club® membership can help you manage the cost of your insurance protection. Please keep in mind that you can have only one of the following six discounts on your policy at any given time.

*Specialized Professionals Discount*—You may qualify for this discount when either you or your spouse has a professional degree in one of the following occupations:

- Education or Library Sciences, which could include College Professor, Counselor, Curator, Librarian, Principal, Teacher
- Science/Engineering/Information Technology, which could include Administrator, Analyst, Architect, Computer Programmer, Drafter, Engineer, Engineering or Information Technology Supervisor, Manager, Researcher, Scientist

*Professionals Discount*—You may qualify for this discount when either you or your spouse has a professional degree in one of the following occupations:

- Business Management/Marketing, which could include Accountant, Analyst, Auditor, Bookkeeper, Consultant, General Manager/Executive, Human Resource Specialist, Marketing Specialist, Public Relations Specialist
- Financial Services, which could include Accountant, Actuary, Agent, Analyst, Appraiser, Broker, Claims Adjuster, Claims Investigator, Financial Advisor, Financial Investor, Loan Officer, Manager, Property Manager, Supervisor, Underwriter
- Health Care, which could include Administrator, Chiropractor, Dentist, Doctor, Health Care Supervisor, Manager, Orthodontist, Podiatrist, Registered Nurse, Surgeon, Pharmacist, Veterinarian
- Law/Government/Military, which could include Analyst, Auditor, Examiner, Judge, Lawyer, Legal or

Government Supervisor, Legal Support Staff, Manager, Mediator, Military Officer (Active duty/Active Reserves/Retired), Military Warrant Officer

- Social Services, which could include Clergy, Counselor, Manager, Program Director, Psychologist, Social Service Supervisor, Social Service Worker, Therapist

*Homeowners Association Discount*—If either you or your spouse is an active member of a Homeowner Association, you may be eligible to save some money with this discount.

*Condo Association Discount*—You could qualify for this discount if either you or your spouse is an active member of a Condo Association.

*Alumni Association Discount*—You may be able to save some money and qualify for this discount if either you or your spouse is a member of a recognized alumni association of a four-year accredited college/university.

*Allstate Motor Club® Discount*—If either you or your spouse is a member of the Allstate Motor Club®, you may qualify for this discount. (Please note that having Allstate's Good Hands Roadside Assistance on your policy does not qualify you for this discount.)

**Distinguished Driver Discount**—The Distinguished Driver Discount applies to most major auto coverages. To qualify, the rated operator on a vehicle must meet certain requirements, including those explained below:

- For the past three years, the rated operator must have been licensed to drive a motor vehicle;
- The rated operator has had no traffic violation convictions for the past three years; and
- The rated operator has remained accident-free for the past five years, or has been less than 51% at fault in any accident that has occurred during the past five years and for which no claim payment was made.

In addition, rated operators that have had no traffic violation convictions or accidents for even longer consecutive time periods may qualify for an even larger Distinguished Driver Discount amount.

The Distinguished Driver Discount is applied on a per vehicle basis. Therefore, if a vehicle does not have an assigned operator, the Distinguished Driver Discount will apply only if all operators in the household qualify for the Distinguished Driver Discount.



Important notices
Policy number: | 934 843 003 |
Policy effective date:  December 25, 2015
Your Allstate agency is  David Petri
(619) 588-5677

**Multiple Policy Discount**—You may qualify for a discount on most major auto coverages if you or your spouse or registered domestic partner are also the named insured on a qualifying Allstate Insurance Company Homeowners, Condominium Owners, Mobile Home Owners, or Renters policy that covers the principal place of residence. If you or your spouse or registered domestic partner are the named insured on a qualifying Allstate individual life insurance policy or Allstate Personal Umbrella Policy, you may qualify for a discount on most of your major auto coverages.

**Good Driver Discount**—Depending on your driving experience and information in your driving record, such as the number of traffic violation convictions or accidents, you could be eligible for a 20% discount on your auto insurance premiums.

**Defensive Driver Discount**—Drivers age 55 or older who provide proof of successful completion of a Mature Driver Improvement Course approved by the California Department of Motor Vehicles may qualify for a 5% discount on some coverages. In order to be eligible, the driver must have voluntarily attended the course. This discount will be applied for three years after successful completion of the course; in order to continue to receive the discount after this three-year period, the course must again be successfully completed and proof presented.

**Anti-Theft Device Discount**—You may be eligible to receive a discount on your comprehensive coverage if you have a qualifying anti-theft device installed on your car.

**Occasional Operator Discount**—You may be eligible to receive a discount on most major auto coverages if the rated operator on a vehicle has been licensed for less than nine years and has 25% or less use of the vehicle.

**Good Student Discount**—You may be eligible to receive a discount on most major auto coverages if you have an unmarried driver on your policy who is a full-time student (high school, college, or academic home study program) and meets certain scholastic and other requirements.

**teenSMART™ Discount**—You may be eligible to receive a discount on most major auto coverages if you have a rated operator who is single, has been licensed five years or less, and completes the teenSMART™ program. The teenSMART™ program is a home study driver training program designed to help reduce the chances of your young driver being involved in an accident. Successfully completing the program can earn a

discount of up to 15% on most major coverages provided by your auto policy.

**Other Rating Factors**—In addition to the discounts described above, we offer a number of special rates that can lower your premium. For example, you may be eligible to receive a lower rate if your insured auto (model year 2000 or earlier) is on our list of "economy cars." Ask your Allstate Agent for details about our special rates.

The premium for your insurance policy is based on a variety of factors, including information you have given us. Factors that can affect your premium include, for example, annual mileage driven, years of licensed driving experience and driving record. It is important that you notify us if the information upon which your premium is based is incorrect, incomplete, or changes, so that we may adjust your premium accordingly.

This notice provides only a general description of the qualifications and conditions for the discounts and special rates shown above. Other qualifications and conditions may apply. For complete details on qualifications and conditions, how your premium is determined, or if you have any questions about the information in this notice, including whether you may qualify for one or more discounts or special rates or whether your premium is accurate, please call your Allstate Agent.

X5284-12

## Voluntary Provider Networks

We want to let you know about a program that may be available to you.

If you, or anyone covered under your policy, is injured in a loss covered under your auto policy, a Voluntary Provider Network may be available to you. A Voluntary Provider Network includes a variety of participating medical providers that can treat those injuries.

Voluntary Provider Networks maintain lists of their participating providers. In the event that you experience a loss, your claims representative can provide you with contact information for any participating Allstate networks that may be available in your state at that time.

You are under no obligation to use a medical provider who is a member of one of these networks, and you are free to seek medical services from a provider of your choice. There is no penalty if you choose a provider outside the network. If you are injured and treated by a provider who is a member of one of the

X2101 0 064
1SI1024-007528
1I00020A-007528XCA00015I1020210420025370090010016049

Important notices.
Policy number:           **934 843 003**
Policy effective date:    December 25, 2015
Your Allstate agency is   David Petri
                          (619) 588-5677



Page **3** of 3

participating networks, we may review their bills for covered
medical services for re-pricing based on the approved rate for
that provider's network.

You do not need to make a choice about these networks at this
time. Please keep in mind that using a provider within a
network should not be considered a confirmation that you have
coverage. This notice is for informational purposes only.

                                        **X73469**



71