# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANIE BECERRA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br><br>　　　　　Defendant. | Case No. 22-cv-0202-BAS-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 16)** |

Before this Court is the parties' request to dismiss this action with prejudice, having reached and executed a negotiated settlement. (Joint Mot., ECF No. 16.) In support of that request, the parties filed a "joint stipulation," signed by all parties who have appeared. (*Id.*)

Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *see id.* 41(a)(1)(A)(i), *or* (2) filing a stipulation of dismissal signed by all parties who have appeared, *see id.* 41(a)(1)(A)(ii). *See also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective upon the filing of a compliant notice or stipulation. No court order is required. *See Stone v. Woodford*, CIV-F-05-845 AWI-

1  DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  A dismissal is without prejudice unless
2  the parties stipulate otherwise.  *See* Fed. R. Civ. P. 41(a)(1)(B).

3       Nonetheless, the local civil rules of this district require that where, as here, litigants
4  seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii),
5  such a stipulation must be filed as a joint motion.[1]

6       Having considered the parties' request, the Court **GRANTS** the Joint Motion. (ECF
7  No. 16.)  Thus, the Court **DISMISSES WITH PREJUDICE** the instant action.  The Clerk
8  of Court is directed to close the case.

9       **IT IS SO ORDERED.**

10  **DATED: November 30, 2022**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.